IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER ET AL )  ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05CV449-T |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) ) | |
| Defendant ) | |

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE, this the 18th day of May, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE