Alexander

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Certegy Check Services
   Corporation Service Company
   40 Technology Parkway South
   Norcross GA 30092

   2:05cv449 (Cmp + summs 20 days)

2. Article Number
   (Transfer from service label)      7004 2510 0003 6669 8317

PS Form 3811, February 2004     Domestic Return Receipt      102595-02-M-15 9

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kenny R Laford
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    5-19-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes