IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and<br>BELINDA N. PITMAN,<br><br>   *Plaintiffs,*<br><br>v.<br><br>CERTEGY CHECK SERVICES, INC.,<br><br>   *Defendant*. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2:05-cv-0449-T-M<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COME NOW the undersigned, Tammy McClendon Stokes and David R. Donaldson, and hereby enter their appearance as additional counsel on behalf of the plaintiffs, Willie C. Alexander and Belinda N. Pitman.

            /s/ Tammy McClendon Stokes
            tstokes@dglawfirm.com
            DONALDSON & GUIN, LLC
            2 North 20th Street, Suite 1100
            Birmingham, AL  35203
            Telephone: (205) 226-2282
            Facsimile:  (205) 226-2357


            /s/ David R. Donaldson
            davidd@dglawfirm.com
            DONALDSON & GUIN, LLC
            2 North 20th Street, Suite 1100
            Birmingham, AL  35203
            Telephone: (205) 226-2282
            Facsimile:  (205) 226-2357

**OF COUNSEL:**

Earl P. Underwood, Jr.
LAW OFFICES OF EARL P. UNDERWOOD, JR.
P. O. Box 969
Fairhope, AL 36533-0969
Telephone: (251) 990-5558
Facsimile: (251) 990-0626

Jim S. Calton, Jr.
CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027
Telephone: (334) 687-3563
Facsimile:  (334) 687-3564

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 11, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James C. Barton, Jr.
jbartonjr@jbpp.com
Anne P. Wheeler
awheeler@jbpp.com
Alan D. Mathis
amathis@jbpp.com
JOHNSTON BARTON PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

             /s/ Tammy McClendon Stokes
             OF COUNSEL