**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WILLIE C. ALEXANDER and** ) | |
| **BELINDA N. PITMAN,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:05-cv-0449-T-M |
| ) | |
| **CERTEGY CHECK SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## AGREED UPON MOTION TO EXTEND DEADLINES

Comes now defendant Certegy Check Services, Inc., ("Certegy") and moves this Court to extend by fourteen days the deadlines previously set out in its Order of June 22, 2005. Plaintiffs have agreed to this request, which is made in order to permit the parties to pursue early settlement negotiations.

Defendant Certegy has prepared and is ready to file a motion and brief in response to the Order of June 22, 2005, but learned yesterday that, due to a miscommunication, plaintiffs' counsel had not received certain documents from Certegy that are pertinent to the parties' evaluation of the claims asserted in this case. Certegy seeks this extension to provide plaintiffs with an opportunity to review those documents in order that the parties may pursue discussions aimed at an early settlement of this action before engaging in motion practice and discovery.

WHEREFORE, Certegy Check Services, Inc., with the consent and agreement of counsel for plaintiffs, respectfully moves this Court to extend by fourteen days all deadlines set out in its Order of June 22, 2005, in order to permit the parties to pursue early settlement negotiations.

Respectfully submitted,


 s/ Anne P. Wheeler._____
Anne P. Wheeler
Alabama State Bar No.: ASB-7112-R65A
awheeler@jbpp.com

Counsel for Defendant
Certegy Check Services, Inc.

James C. Barton, Jr.
Anne P. Wheeler
Alan D. Mathis
JOHNSTON BARTON
 PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 – 6th Avenue, North, Suite 2900
Birmingham, Alabama 35203
Telephone:  (205) 458-9400
Facsimile:    (205) 458-9500

2

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

>Earl P. Underwood, Jr.
>21 South Section Street
>P.O. Box 969
>Fairhope, Alabama 36533
>
>Jim S. Calton, Jr.
>Calton & Calton
>226 East Broad Street
>Eufaula, Alabama 36027
>
>David R. Donaldson
>Tammy M. Stokes
>Donaldson & Guin, LLC
>2 North 20th Street, Suite1100
>Birmingham, AL 35203

On this, the 19th day of July, 2005.

>_s/ Anne P. Wheeler._____
>OF COUNSEL