IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and <br> BELINDA N. PITMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CERTEGY CHECK SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     CIVIL ACTION NO.  2:05CV449-T <br> )     [WO] <br> ) <br> ) <br> ) |

## ORDER ON MOTION

On 22 June 2005, the court entered an order setting deadlines for the defendant's filing of a motion to dismiss the complaint and the plaintiff's filing of a response to the motion (Doc. # 6).  It now appears that the parties have conferred regarding settlement of some or all of the issues in this case, and they desire additional time to pursue settlement.  In that connection, the defendant filed an unopposed Motion To Extend Deadlines on 19 July 2005 (Doc. # 8).  For good cause, it is

ORDERED that the motion is GRANTED.  The defendant shall file its Motion to Dismiss, consistent with the court's previous order, on or before 3 August 2005, and the plaintiffs shall file their response on or before 18 August 2005.

DONE this 20th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE