IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE C. ALEXANDER and | ) | |
| BELINDA N. PITMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV449-T |
| | ) | |
| CERTEGY CHECK SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 1 August 2005, the parties filed a Joint Motion For Stay, requesting the court to stay all proceedings in this case for 90 days "in order to permit the parties to continue informal discovery in connection with early settlement negotiations".

The court favors settlement of civil cases, especially when the parties are strongly inclined to do so. The parties are therefore encouraged to make every good faith effort to resolve their dispute. Accordingly, it is

ORDERED that the motion is GRANTED, and this action shall be stayed until 31 October 2005. The court, therefore, does not expect the defendant to file a motion to dismiss by 3 August 2005 or the plaintiff to file a response by 18 August 2005. After 31 October 2005, the court will set a scheduling conference in this case.

The parties are DIRECTED to notify the court within five (5) days of any settlement reached before 31 October 2005.

DONE this 2nd day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE