IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE C. ALEXANDER and | ) | |
| BELINDA N. PITMAN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-449-T |
| | ) | |
| CERTEGY CHECK SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 1 August 2005, the parties filed a Joint Motion for Stay (Doc. # 10), requesting the court to stay all proceedings in this case for 90 days "in order to permit the parties to continue informal discovery in connection with early settlement negotiations." This motion was granted in an order entered 2 August 2005 (Doc. # 11), and this action was stayed until 31 October 2005.

On that date, the parties filed a Joint Motion for Extension of Stay (Doc. # 12), requesting that this court stay all proceedings for an additional 60 days. As the parties have provided the court with timely notice of their ongoing attempts to reach an early settlement, the court finds that this motion is due to be GRANTED and encourages the parties to continue to make every good faith effort to resolve their dispute.

Therefore, it is ORDERED that the Joint Motion for Extension of Stay (Doc. # 12) is GRANTED, and this action shall be stayed until 3 January 2006. After 3 January 2006, the court will set a scheduling conference in this case.

The parties are DIRECTED to notify the court within five (5) days of any settlement reached before 3 January 2006.

DONE this the 1st day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE