IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE C. ALEXANDER and<br>BELINDA N. PITMAN,<br><br>   Plaintiffs,<br><br>VS.<br><br>CERTEGY CHECK SERVICES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2:05-cv-00449-MHT-VPM<br>)<br>)<br>)<br>) |

## MOTION FOR SCHEDULING ORDER

NOW COME the plaintiffs in the above styled case and show the court as follows:

1. On or about August 1, 2005 the Court granted the parties' joint motion to stay proceedings in this case for 90 days to permit informal discovery and settlement negotiations.

2. The parties engaged in informal discovery and settlement discussions but unfortunately have been unable to reach a settlement in this matter.

Wherefore, pursuant to the Court's order plaintiffs request a scheduling conference in this matter.

_____
Earl P. Underwood, Jr.
Attorney for the Plaintiffs
Law Offices of Earl P. Underwood, Jr.

Post Office Box 969<br>
Fairhope, AL 36533-0969<br>
(251) 990-5558<br>
(251) 990-0626 (facsimile)<br>
epunderwood@alalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing with the Clerk of the Court on this the 5th day of January, 2006, using the CM/ECF system, which will send notification of such filing to the following:

James C. Barton, Jr.
Johnston, Barton, Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Ave N
Birmingham, AL 35203

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, AL 36027

David Donaldson
Donaldson, Guin & Slate, LLC
2 20th St. N., Ste. 1100
Birmingham AL 35203-4014

*/s/ Earl P. Underwood, Jr.*