IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie C. Alexander, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| v. ) | CASE NO. 2:05cv0449-MHT |
| ) | |
| Certegy Check Services, Inc., ) | |
| ) | |
|     Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated May 18, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                       /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE