**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **WILLIE C. ALEXANDER and** ) | |
| **BELINDA N. PITMAN,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:05-cv-0449-WKW |
| ) | |
| **CERTEGY CHECK SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT OF
CERTEGY CHECK SERVICES, INC.**

Comes Now Certegy Check Services, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and makes the following disclosure:

Certegy Check Services, Inc. is wholly owned by Certegy Payment Services, Inc., which is wholly owned by Certegy Inc., a public company traded on the New York Stock Exchange.

s/Joseph W. Carlisle
Counsel for Defendant

James C. Barton, Jr.
ASB-0237-B51J
Jb2@jbpp.com
Anne P. Wheeler
ASB-7112-R65A
awheeler@jbpp.com
Alan D. Mathis
ASB-8922-A59M
amathis@jbpp.com
Joseph W. Carlisle
ASB-1197-E68C
jcarlisle@jbpp.com

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 – 6th Avenue, North, Suite 2900
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile:   (205) 458-9500
   **OF COUNSEL**

## CERTIFICATE OF SERVICE

 I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on January 25, 2006, using the CM/ECF system, which will send notification of such filing to the following:

Jimmy S. Calton, Jr.
Calton & Calton
PO Box 895
226 East Broad Street
Eufaula, AL 36072-0895

David R. Donaldson
 Tammy McLendon Stokes
Donaldson & Guin LLC
Two North Twentieth Building
2 North 20th Street, Suite 1100
Birmingham, AL 35203

Earl Price Underwood, Jr.
Law Offices of Earl P Underwood
PO Box 969
Fairhope, AL 36533-0959

               s/Joseph W. Carlisle_____
               Of Counsel