### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **WILLIE C. ALEXANDER and** ) | |
| **BELINDA N. PITMAN,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:05-cv-0449-WKW** |
| ) | |
| **CERTEGY CHECK SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF SERVICE OF DISCOVERY

TO:   Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
One Church Street
Montgomery, Alabama 36104

Please take notice that defendant Certegy Check Services, Inc. has served the following discovery documents on all counsel of record in this civil action:

(1)    Defendant Certegy Check Services, Inc.'s Response to Plaintiffs' First Interrogatories.

(2)    Defendant Certegy Check Services, Inc.'s Response to Plaintiffs' First Requests for Production.

This the 14th day of April, 2006.

s/ Joseph W. Carlisle
Joseph W. Carlisle
Alabama State Bar No.: ASB 1197-E68C
jcarlisle@jbpp.com
s/Anne P. Wheeler
Anne P. Wheeler
Alabama State Bar No.: ASB 7112-R65A
awheeler@jbpp.com

Attorneys for Defendant Certegy Check Services, Inc.

{W0552962.1}

JOHNSTON BARTON
  PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone:     (205) 458-9400
Facsimile:     (205) 458-9500

      OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, Alabama 36533

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, Alabama 36027

David R. Donaldson
Tammy M. Stokes
Donaldson & Guin, LLC
2 North 20th Street, Suite 1100
Birmingham, AL 35203

On this, the 24th day of January, 2006.

s/ Joseph W. Carlisle
Counsel