IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE C. ALEXANDER and           )
BELINDA N. PITMAN,                )
                                  )
          *Plaintiffs,*           )
                                  )
v.                                )          Case No.: 2:05-cv-0449-WKW
                                  )
CERTEGY CHECK SERVICES, INC.,     )
                                  )
          *Defendant.*            )
_____ )

## MOTION FOR LEAVE TO AMEND COMPLAINT

COME NOW the Plaintiffs pursuant to Rule 15 of the Federal Rules of Civil

Procedure and move for entry of an order allowing them to file the attached

amended complaint.  As grounds therefore, Plaintiffs state:

1.     Rule 15 requires that leave to amend should be freely given when

justice requires.  The provisions of the Rule are to be liberally construed.

2.     The Defendant will not be prejudiced by allowing the amendment.

3.     The amendment will not result in any undue delay in the litigation of

this case.  The parties are in the initial stages of discovery, and sufficient time

remains before the discovery cut-off to address any new issues raised by the

amendment.

4.    The Plaintiff seek to amend their complaint to add additional, related counts under the Fair Credit Reporting Act, specifically, 15 U.S.C. § 1681m.

WHEREFORE, the Plaintiffs pray this Court will enter an Order permitting them to file the attached amended complaint.

Respectfully submitted,

Earl P. Underwood
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 (telephone)
(251) 990-0626 (facsimile)

OF COUNSEL:
David R. Donaldson
Tammy McClendon Stokes
DONALDSON & GUIN, LLC
505 20th Street N., Suite 1000
Birmingham, Alabama 35203
Telephone:  ( 205) 226-2282
Facsimile:  (205) 226-2357

Jim S. Calton, Jr.
CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of May, 2006, he served a copy of the foregoing by first class mail and electronic mail, on the following persons:

Anne P. Wheeler
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Of Counsel