IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion for Leave to Amend Complaint (Doc. # 24), filed on May 8, 2006, and the plaintiffs' Motion to Extend Deadline for Filing Class Certification Motion (Doc. # 25), filed on May 9, 2006, it is hereby ORDERED that the defendant shall show cause on or before May 25, 2006 why the motions should not be granted.

DONE this the 12th day of May, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE