IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE C. ALEXANDER and BELINDA N. PITMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05CV449-WKW [WO] |
| CERTEGY CHECK SERVICES, INC., | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause shown, it is

ORDERED that the defendant's Motion to Quash Subpoenas, filed on 11 May 2006 (Doc. # 26), is GRANTED for the reasons stated in paragraphs four through seven of the motion. Thus, Bed, Bath & Beyond and Wal-Mart Stores, the recipients of the subpoenas, are under no obligation to respond.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE