IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and BELINDA N. PITMAN,    Plaintiffs, v. CERTEGY CHECK SERVICES, INC.,    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 2:05-cv-0449-WKW

**DEFENDANT CERTEGY CHECK SERVICES, INC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING THE PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR FILING CLASS CERTIFICATION MOTION**

COMES NOW Defendant Certegy Check Services, Inc. ("Certegy"), and responds to the Court's Order of May 12, 2006, ordering Certegy to show cause on or before May 25, 2006, why plaintiffs' Motion to Extend Deadline for Filing Class Certification Motion and plaintiffs' Motion for Leave to Amend Complaint should not be granted. Certegy responds as follows:

1. <u>Motion to Extend Deadline for Filing Class Certification Motion</u>. Certegy does not oppose the granting of the plaintiffs' Motion to Extend Deadline for Filing Class Certification Motion, extending by thirty days the deadline for plaintiffs to file a Motion for Class Certification.

2. <u>Motion for Leave to Amend Complaint</u>. Certegy does oppose plaintiffs' Motion for Leave to Amend Complaint and will file a substantive opposition to that motion on or before May 25, 2006, showing cause why said motion should not be granted.

Respectfully submitted,


/s/ Joseph W. Carlisle
Anne P. Wheeler
Alabama State Bar No.: ASB 7112-R65A
awheeler@jbpp.com
Joseph W. Carlisle
Alabama State Bar No.: ASB 1197-E68C
jcarlisle@jbpp.com

Attorneys for Defendant
Certegy Check Services, Inc.

JOHNSTON BARTON
PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

OF COUNSEL

Case 2:05-cv-00449-WKW-VPM   Document 29   Filed 05/18/2006   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, Alabama 36533

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, Alabama 36027

David R. Donaldson
Tammy M. Stokes
Donaldson & Guin, LLC
2 North 20th Street, Suite 1100
Birmingham, AL 35203

On this, the 18th day of May, 2006.

/s/ Joseph W. Carlisle
Of Counsel

W0557844.DOC