IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the Court on the plaintiffs' Motion to Extend Deadline for Filing Class Certification Motion (Doc. # 25), filed on May 9, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The plaintiffs shall file any motion for class certification on or before June 23, 2006.

DONE this the 24th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE