IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE C. ALEXANDER and <br> BELINDA N. PITMAN, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 2:05CV449-WKW |
| CERTEGY CJECL SERVICES, | ) <br> ) <br> ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Reconsider and Vacate Order, filed on 8 June 2006 (Doc # 33), and for good cause, it is ORDERED as follows:

1. Counsel for the parties shall appear before the court for a status conference on 21 June 2006 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The purposes of the status conference will be (a) a report from counsel on their progress in resolving the discovery dispute, and (2) a final ruling from the court regarding the discovery issues. The court's ruling *may* include the vacating or partial vacating of the court's previous order.

2. Counsel shall, in the interim, continue their efforts to resolve the discovery dispute and shall be prepared at the status conference to advise the court *with specificity* whether (a) all of the plaintiff's requests have been addressed to the parties' mutual satisfaction, (b) there are any remaining discovery issues, and

(c) whether the parties anticipate further discovery, and, if so, (d) the nature of anticipated discovery

DONE this 9th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE