IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE C. ALEXANDER** and **BELINDA N. PITMAN,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 2:05-cv-0449-WKW |
| **CERTEGY CHECK SERVICES, INC.,** | ) ) ) |
| Defendant. | ) |

### MOTION OF CERTEGY CHECK SERVICES, INC., TO RESCHEDULE STATUS CONFERENCE SET FOR JUNE 21, 2006

Comes now Certegy Check Services, Inc. ("Certegy"), and moves the Court to continue the Status Conference previously set for June 21, 2006, to June 27, or such other time as the Court may determine. As grounds for this motion, Certegy would show the Court as follows:

1. By Order entered June 9, 2006, the Court set this action for a status conference on Wednesday, June 21, at 2:00 p.m.

2. Certegy's counsel has a previously scheduled deposition that is to be held in Mobile, Alabama, beginning at 12:00 noon on June 21. That deposition involves multiple parties and undersigned counsel believes that it is not feasible to reschedule that deposition, as the date was set some weeks ago and required coordination of lawyers in six different law firms, representing the plaintiffs and various defendants. Undersigned counsel has attempted to identify other attorneys in the firm who might be available to represent the firm's client at the Mobile deposition, but without success.

3. Undersigned counsel for Certegy has contacted counsel for plaintiffs Alexander and Pittman, and they have expressed no objection to the requested continuance. Both the

undersigned and counsel for plaintiffs can be available to appear before the Court on Tuesday, June 27, at the same time as the presently-set hearing (2:00 p.m.), if that date would be convenient for the Court.

WHEREFORE, Certegy Check Services, Inc., respectfully requests that the Status Conference presently set for June 21, 2006, be continued and reset for 2:00 p.m. on Tuesday, June 27, or such other date as the Court may determine.

Respectfully submitted,

/s/ Anne P. Wheeler
Anne P. Wheeler
Alabama State Bar No.: ASB 7112-R65A
awheeler@jbpp.com
Joseph W. Carlisle
Alabama State Bar No.: ASB 1197-E68C
jcarlisle@jbpp.com

Attorneys for Defendant
Certegy Check Services, Inc.

JOHNSTON BARTON
PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500

OF COUNSEL

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Earl P. Underwood, Jr.
>21 South Section Street
>P.O. Box 969
>Fairhope, Alabama 36533
>
>Jim S. Calton, Jr.
>Calton & Calton
>226 East Broad Street
>Eufaula, Alabama 36027
>
>David R. Donaldson
>Tammy M. Stokes
>Donaldson & Guin, LLC
>2 North 20th Street, Suite 1100
>Birmingham, AL 35203

    On this, the 13th day of June, 2006.

>>>>>>/s/ Anne P. Wheeler
>>>>>>Of Counsel