IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the Court on the plaintiffs' Motion for Leave to Amend Complaint (Doc. # 24), filed on May 8, 2006. The defendant has not filed a response in opposition to the motion. Upon consideration, the Court finds that the motion is due to be granted. It is therefore ORDERED that the plaintiffs' Motion for Leave to Amend Complaint is GRANTED. The plaintiffs shall file their amended complaint in its entirety with the Clerk's office.

DONE this the 14th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE