IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and BELINDA N. PITMAN, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05CV449-WKW |
| CERTEGY CJECL SERVICES, ) ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the Motion of Certegy Check Services, Inc., To Reschedule Status Conference Set for June 21, 2006 (Doc. #35), filed on 13 June 2006, and for good cause, it is

ORDERED that the motion is GRANTED. Counsel for the parties shall appear before the court for a status conference on 27 June 2006 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 15th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE