IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion to Extend Deadline for Filing Class Certification Motion (Doc. # 40), filed on June 19, 2006 it is hereby ORDERED that the defendants shall show cause on or before June 26, 2006 why this motion should not be granted.

DONE this the 22nd day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE