**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIE C. ALEXANDER and** | ) | |
| **BELINDA N. PITMAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:05-cv-0449-WKW** |
| | ) | |
| **CERTEGY CHECK SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT NOTICE OF RESOLUTION OF DISCOVERY DISPUTE**

Comes now defendant Certegy Check Services, Inc. ("Certegy"), and with the consent and on behalf of plaintiffs Willie E. Alexander and Belinda N. Pitman, gives notice that the parties have resolved the discovery dispute between them, with respect to Certegy's responses to plaintiffs' first set of interrogatories and requests for production. By Order dated June 9, 2006, the Court set a Status Conference for tomorrow, June 27, for the parties to report on their progress in seeking to resolve this discovery dispute. To the extent that Status Conference was set for the purpose of receiving a report and, if necessary, adjudicating the dispute, the parties suggest that it is no longer necessary for the parties to appear in person, the dispute having been resolved to the mutual satisfaction of the parties. In response to other specific aspects of the June 9 Order, the parties report as follows:

1.     Certegy has agreed to supplement, on or before July 14, 2006, its responses to specific interrogatories and production requests identified by plaintiffs by letter dated June 7, 2006.

2.    Plaintiffs have served supplemental discovery requests, to which Certegy will respond within the time established by the applicable rules.

3.    The parties have agreed to conduct depositions of the parties expeditiously and are working to identify dates in July on which to convene those depositions.  Additional written discovery may also be required as this case goes forward.

In light of the agreement reached and notice received by telephone from the Court on this date, the parties understand that the Status Conference has been cancelled and that counsel is not expected to appear before the Court as earlier set out in the Order of June 9.

This Notice is respectfully submitted by Certegy's counsel, with the knowledge and joinder herein of plaintiffs' counsel.

Respectfully submitted,

/s/ Anne P. Wheeler
Anne P. Wheeler
Alabama State Bar No.: ASB 7112-R65A
awheeler@jbpp.com
Joseph W. Carlisle
Alabama State Bar No.: ASB 1197-E68C
jcarlisle@jbpp.com

Attorneys for Defendant
Certegy Check Services, Inc.

JOHNSTON BARTON
PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500

OF COUNSEL

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, Alabama 36533

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, Alabama 36027

David R. Donaldson
Tammy M. Stokes
Donaldson & Guin, LLC
2 North 20th Street, Suite 1100
Birmingham, AL 35203

On this, the 26th day of June, 2006.

/s/ Anne P. Wheeler
Of Counsel

W0563099.DOC