IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE C. ALEXANDER and<br>BELINDA N. PITMAN, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 2:05CV449-WKW |
| CERTEGY CJECL SERVICES, | )<br>)<br>) | |
| Defendants. | ) | |

## ORDER

Based upon the representations made by the parties in a conference call on 26 June 2006, and the Joint Notice of Resolution of Discovery Dispute (Doc. #42), and for good cause, it is

ORDERED that the status conference set for 27 June 2006 is CANCELLED.

DONE this 27th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE