**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIE C. ALEXANDER and** | ) | |
| **BELINDA N. PITMAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:05-cv-0449-WKW** |
| | ) | |
| **CERTEGY CHECK SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO AMENDED CLASS ACTION COMPLAINT**

Comes now defendant Certegy Check Services, Inc., and moves the Court to extend to July 14, 2006, the time for Certegy to respond to the Amended Class Action Complaint filed by plaintiffs on June 15, 2006. As grounds for this motion, Certegy would show the Court that the parties have been engaged in discovery matters and Certegy requires this additional time to respond substantively to the additional claim asserted by this amendment to the original complaint. Plaintiffs have agreed to this requested extension of time.

WHEREFORE, Certegy Check Services, Inc., moves this Court to extend to July 14, 2006, the date on which it is due to respond to the plaintiffs' Amended Class Action Complaint.

Respectfully submitted,

/s/ Anne P. Wheeler
Anne P. Wheeler
Alabama State Bar No.: ASB 7112-R65
awheeler@jbpp.com

Joseph W. Carlisle
Alabama State Bar No.: ASB 1197-E68C
jcarlisle@jbpp.com

Attorneys for Defendant
Certegy Check Services, Inc.

JOHNSTON BARTON
PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500

OF COUNSEL

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, Alabama 36533

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, Alabama 36027

David R. Donaldson
Tammy M. Stokes
Donaldson & Guin, LLC
2 North 20th Street, Suite 1100
Birmingham, AL 35203

On this, the 27th day of June, 2006.

/s/ Anne P. Wheeler
Of Counsel

W0563357.DOC