IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and BELINDA N. PITMAN, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05CV449-WKW [WO] |
| CERTEGY CHECK SERVICES, ) ) | |
| Defendants. ) | |

## ORDER ON MOTION

On 26 June 2006, the parties filed a Joint Notice of Resolution of Discovery Dispute (Doc. # 42). The parties represented that they have mutually resolved "the discovery dispute between them [] with respect to Certegy's responses to plaintiffs' first set of interrogatories and requests for production". Accordingly, it is

ORDERED that Certegy's Motion to Reconsider and Vacate Order on Motion to Compel, filed on 8 June 2006 (Doc. # 33), is DENIED as moot.

DONE this 6th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE