IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the Court on the plaintiffs' Motion to Extend Deadline for Filing Class Certification Motion (Doc. # 40), filed on June 19, 2006, and the defendant's Unopposed Motion for Extension of Time to Respond to Amended Class Action Complaint. Upon consideration, it is hereby ORDERED that both motions are GRANTED.

The plaintiffs shall file any motion for class certification on or before August 22, 2006. The defendants shall file a response to the plaintiffs' amended complaint on or before July 14, 2006.

DONE this the 10th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE