**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WILLIE C. ALEXANDER** and **BELINDA N. PITMAN,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | Case No.: 2:05-cv-0449-WKW |
| **CERTEGY CHECK SERVICES, INC.,** | ) ) |
| Defendant. | ) |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Comes now defendant Certegy Check Services, Inc., on behalf of itself and of plaintiffs, and with their authorization and consent, and moves the Court to enter an order substantially in the form attached hereto. The parties seek this protective order because certain of the documents subject to production in this action are confidential and proprietary documents, and the parties agree that a protective order is appropriate and will facilitate discovery in this action.

WHEREFORE, movants respectively request the Court to enter an order substantially in the form of attached Exhibit A.

Respectfully submitted,

/s/ Joseph W. Carlisle
Anne P. Wheeler
Alabama State Bar No.: ASB 7112-R65
awheeler@jbpp.com
Joseph W. Carlisle
Alabama State Bar No.: ASB 1197-E68C
jcarlisle@jbpp.com

Attorneys for Defendant
Certegy Check Services, Inc.

JOHNSTON BARTON
PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

       OF COUNSEL

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Earl P. Underwood, Jr.
        21 South Section Street
        P.O. Box 969
        Fairhope, Alabama 36533

        Jim S. Calton, Jr.
        Calton & Calton
        226 East Broad Street
        Eufaula, Alabama 36027

        David R. Donaldson
        Tammy M. Stokes
        Donaldson & Guin, LLC
        2 North 20th Street, Suite 1100
        Birmingham, AL 35203

    On this, the 12th day of July, 2006.

                              /s/ Joseph W. Carlisle
                              Of Counsel