IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and ) | |
| BELINDA N. PITMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV449-WKW |
| ) | [WO] |
| CERTEGY CJECL SERVICES, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Joint Motion for Protective Order, filed on 12 July 2006 (Doc. # 49), is GRANTED. The court has entered an companion order on this date.

DONE this 13th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE