IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Defendant Certegy Check Services, Inc.'s Motion to Dismiss (Doc. #53) filed on August 1, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 5, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 28, 2006. The defendant may file a reply brief on or before September 5, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 7th day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE