IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and<br>BELINDA N. PITMAN,<br><br>    *Plaintiffs,*<br><br>v.<br><br>CERTEGY CHECK SERVICES, INC.,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 2:05-cv-0449-WKW<br>)<br>)<br>)<br>)<br>) |

**NOTICE RE OFFER OF JUDGMENT**

COME NOW the Plaintiffs in the above-styled matter and hereby notify this Honorable Court that the parties have resolved the claims in this case as a result of the Plaintiffs timely accepting the Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68. The Plaintiffs are filing herewith a copy of the Offer of Judgment and the Acceptance, including a certificate of service. The Plaintiffs are separately submitting their Motion for an Award of Fees and Expenses for the Court's determination.

**DATED:**     **August 15, 2006**

                                                                                   Respectfully submitted,

                                                                                   /s/ Tammy McClendon Stokes
                                                                             David R. Donaldson
                                                                             Tammy McClendon Stokes
                                                                              DONALDSON & GUIN, LLC
                                                                              505 20th Street N., Suite 1000
                                                                              Birmingham, Alabama 35203
                                                                              Telephone: ( 205) 226-2282
                                                                              Facsimile: (205) 226-2357

<u>OF COUNSEL</u>:
Earl P. Underwood
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 (telephone)
(251) 990-0626 (facsimile)

Jim S. Calton, Jr.
CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of August, 2006, she served a copy of the foregoing by electronic mail on the following persons:

Anne P. Wheeler
Joseph Carlisle
JOHNSTON BARTON PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203


    /s/ Tammy McClendon Stokes
Of Counsel