IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and<br>BELINDA N. PITMAN,<br><br>   Plaintiffs,<br><br>v.<br><br>CERTEGY CHECK SERVICES,<br>INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 2:05-cv-0449-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED JUL 28 2006

### OFFER OF JUDGMENT
### BY DEFENDANT CERTEGY CHECK SERVICES, INC.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Certegy Check Services, Inc. ("Certegy"), offers to allow judgment to be taken against it by the plaintiffs Willie C. Alexander and Belinda N. Pitman in the following amounts: Judgment for Plaintiff Alexander in the amount of $5,000 inclusive of costs then accrued, plus reasonable attorney's fees to be determined by the court, and judgment for Plaintiff Pitman in the amount of $5,000 inclusive of costs then accrued, plus reasonable attorney's fees to be determined by the court. This offer is made solely for the purposes specified in Rule 68 and is not to be construed as an admission of liability. Certegy makes this offer solely for the purpose of effecting a compromise resolution pursuant to the terms of Rule 68. If

1

this offer is not accepted within ten days from the date of service, it shall be deemed withdrawn and evidence of this offer shall not be admissible in this or in any other proceeding, except in a proceeding to determine costs.

*/s/ Joseph W. Carlisle*
Anne P. Wheeler
Alabama State Bar No.: ASB 7112-R65A
awheeler@jbpp.com
Joseph W. Carlisle
Alabama State Bar No.: ASB 1197-E68C
jcarlisle@jbpp.com

Attorneys for Defendant
Certegy Check Services, Inc.

**JOHNSTON BARTON
PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**OF COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing by placing a copy of the same in the U.S. Mail, first-class postage prepaid and properly addressed, upon the following counsel of record:

> Earl P. Underwood, Jr.
> 21 South Section Street
> P.O. Box 969
> Fairhope, Alabama 36533
>
> Jim S. Calton, Jr.
> Calton & Calton
> 226 East Broad Street
> Eufaula, Alabama 36027
>
> David R. Donaldson
> Tammy M. Stokes
> Donaldson & Guin, LLC
> 2 North 20th Street, Suite 1100
> Birmingham, AL 35203

On this, the 26th day of July, 2006.

/s/ Joseph W. Carlisle
Of Counsel