IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and <br> BELINDA N. PITMAN, <br><br> *Plaintiffs,* <br><br> v. <br><br> CERTEGY CHECK SERVICES, INC., <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 2:05-cv-0449-WKW <br> ) <br> ) CLASS ACTION <br> ) <br> ) <br> ) |

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF
DEFENDANT'S OFFER OF JUDGMENT**

COME NOW the Plaintiffs in the above-styled matter and hereby give notice that they accept the Defendant's Offer of Judgment, which was dated July 26, 2006.

David R. Donaldson
Tammy McClendon Stokes
DONALDSON & GUIN, LLC
505 20th Street N., Suite 1000
Birmingham, Alabama 35203
Telephone: (205) 226-2282
Facsimile: (205) 226-2357

OF COUNSEL:
Earl P. Underwood
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 (telephone)
(251) 990-0626 (facsimile)

Jim S. Calton, Jr.
CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of August, 2006, she served a copy of the foregoing by hand delivery on the following persons:

Anne P. Wheeler
Joseph Carlisle
JOHNSTON BARTON PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

_____
Of Counsel