# DONALDSON & GUIN, LLC
505 20TH STREET NORTH, SUITE 1000
BIRMINGHAM, AL 35203
(205) 226-2282

Statement as of August 15, 2006
Statement No. 0

Willie C. Alexander
c/o Earl Underwood
P. O. Box 969
Fairhope, AL  36533-0969

*Alexander v. Cetergy*

| | |
|---|---:|
| Current Fees: | 52,121.25 |
| Current Expenses: | 129.09 |
| Total Current Billing: | 52,250.34 |
| Trust Balance: | 0.00 |
| Previous Balance Due: | 0.00 |
| **Total Now Due:** | **52,250.34** |

## Donaldson & Guin, LLC
505 20th Street North, Suite 1000
Birmingham, AL 35203
(205) 226-2282

Statement as of August 15, 2006
Statement No. 0

Willie C. Alexander
c/o Earl Underwood
P. O. Box 969
Fairhope, AL 36533-0969

Alexander v. Cetergy

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/7/2005 | TMS | Email from/to Earl Underwood re case; discussion with David Donaldson re same (0.2). | 0.20 | 200.00 | 40.00 |
| 6/30/2005 | TMS | Reviewed/analyzed complaint and answer; research FCRA; correspondence with David Donaldson re same (2). | 2.00 | 200.00 | 400.00 |
| 7/7/2005 | TMS | Email to/from Earl Underwood re case; discussion with David Donaldson re same (0.2). | 0.20 | 200.00 | 40.00 |
| 7/11/2005 | TMS | Revised and filed notice of appearance; discussion with David Donaldson re same (0.2). | 0.20 | 200.00 | 40.00 |
| 7/16/2005 | TMS | Reviewed/responded to email re Wheeler call (0.2). | 0.20 | 200.00 | 40.00 |
| 7/18/2005 | TMS | Reviewed/respond to email re Wheeler call (0.2). | 0.20 | 200.00 | 40.00 |
| 7/19/2005 | DRD | Reviewed consumer file reports prod by defendant; Met with Tammy to discuss; corresp with opposing counsel and co-counsel (0.7). | 0.70 | 275.00 | 192.50 |
| 7/19/2005 | TMS | Discussion with David Donaldson re discussion with Wheeler; reviewed docs from Wheeler; draft response to Underwood's email re stay; correspondence re same; discussion with David Donaldson re same; reviewed correspondence from co-counsel to Wheeler re extension, settlement and Rule 26 meeting (1.6). | 1.60 | 200.00 | 320.00 |
| 7/20/2005 | TMS | Reviewed correspondence re Rule 26 meeting and Defendant's motion extension of time (0.2). | 0.20 | 200.00 | 40.00 |
| 7/21/2005 | DRD | Meeting with Anne Wheeler (1.75). | 1.75 | 275.00 | 481.25 |
| 7/21/2005 | TMS | Call to Guy Holton; discussion with David Donaldson re same; parties' planning meeting (2.3). | 2.30 | 200.00 | 460.00 |
| 7/22/2005 | TMS | Research re defendant (2.6). | 2.60 | 200.00 | 520.00 |
| 7/25/2005 | TMS | Research on defendant (4.9). | 4.90 | 200.00 | 980.00 |
| 7/26/2005 | TMS | Research re defendant; draft memo re same; research re intentional interference with business/contractual relations; research federal laws re check cashing (5). | 5.00 | 200.00 | 1,000.00 |

**Donaldson & Guin, LLC**  Page: 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/27/2005 | TMS | Research re wrongful dishonor of check and re legal proceedings against defendant (2.5). | 2.50 | 200.00 | 500.00 |
| 7/28/2005 | TMS | Research on defendant (2). | 2.00 | 200.00 | 400.00 |
| 7/29/2005 | DRD | Received and reviewed Anne's draft motion; email to co-counsel re same; email back to Anne. (0.4). | 0.40 | 275.00 | 110.00 |
| 7/29/2005 | TMS | Research re defendant; draft memo re same (2). | 2.00 | 200.00 | 400.00 |
| 8/2/2005 | DRD | Reviwed emails from opposing counsel and revised draft of motion; email responses. (0.3). | 0.30 | 275.00 | 82.50 |
| 8/3/2005 | TMS | Draft/revised memo to file re research (1.5). | 1.50 | 200.00 | 300.00 |
| 8/5/2005 | TMS | Draft/revised memo (0.3). | 0.30 | 200.00 | 60.00 |
| 8/18/2005 | TMS | Research on defendant (0.5). | 0.50 | 200.00 | 100.00 |
| 8/19/2005 | TMS | Research on defendant (3.7). | 3.70 | 200.00 | 740.00 |
| 9/7/2005 | DRD | Emails re meeting; met with Tammy (0.3). | 0.30 | 275.00 | 82.50 |
| 9/8/2005 | TMS | Discussion with co-counsel re meeting with Certegy (0.2). | 0.20 | 200.00 | 40.00 |
| 9/30/2005 | TMS | Call from/to Earl Underwood re meeting with defendant's representative (0.15). | 0.15 | 200.00 | 30.00 |
| 10/3/2005 | DRD | Reviewed docs and file; phone call Earl (2). | 2.00 | 275.00 | 550.00 |
| 10/4/2005 | DRD | Meeting with Certegy reps and with Earl (3). | 3.00 | 275.00 | 825.00 |
| 10/10/2005 | DRD | Meeting with Tammy to discuss last week's doc prod in Anne's office. (0.75). | 0.75 | 275.00 | 206.25 |
| 10/10/2005 | TMS | Discussion with David Donaldson re meeting with defendant's representative (0.75). | 0.75 | 200.00 | 150.00 |
| 10/12/2005 | DRD | Phone call Earl and Tammy re what's the next step? (0.3). | 0.30 | 275.00 | 82.50 |
| 10/12/2005 | TMS | Conference call with David Donaldson and Earl re strategy after meeting with defense representatives; discussion with David Donaldson re same (0.3). | 0.30 | 200.00 | 60.00 |
| 10/17/2005 | DRD | Phone call Anne; emails Earl. (0.4); phone messages Ann; reviewed docs in prep for discussing with Ann. (1.25). | 1.65 | 275.00 | 453.75 |
| 10/18/2005 | DRD | Phone call Earl re approaches to settlement; met with Tammy to discuss. (0.75). | 0.75 | 275.00 | 206.25 |
| 10/18/2005 | TMS | Discussion with David Donaldson re call to Wheeler re potential class settlement (0.2). | 0.20 | 200.00 | 40.00 |
| 10/19/2005 | DRD | Reviewed file and began drafting settlement demand. (9). | 9.00 | 275.00 | 2,475.00 |
| 10/19/2005 | TMS | Discussion with David Donaldson re draft letter to Wheeler; conference call with David Donaldson, Earl Underwood and Wheeler; discussion with David Donaldson and Earl re same (1). | 1.00 | 200.00 | 200.00 |
| 10/20/2005 | DRD | Finished draft of settlement demand. (8.5). | 8.50 | 275.00 | 2,337.50 |

**Donaldson & Guin, LLC**  Page: 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/2005 | DRD | Final revisions in letter to Anne. (3.5). | 3.50 | 275.00 | 962.50 |
| 10/21/2005 | TMS | Discussion with David Donaldson re changes to demand letter (0.3); reviewed and revised draft settlement letter to Wheeler; research re same. (3.8). | 4.10 | 200.00 | 820.00 |
| 10/24/2005 | TMS | Calls from/to Wheeler; reviewed file re same (0.3). | 0.30 | 200.00 | 60.00 |
| 10/31/2005 | DRD | Reviewed draft motion; email Anne (0.2). | 0.20 | 275.00 | 55.00 |
| 10/31/2005 | TMS | Reviewed draft joint motion to extend stay from Wheeler; draft correspondence to co-counsel re same (0.2). | 0.20 | 200.00 | 40.00 |
| 11/7/2005 | TMS | Reviewed documents from Earl Underwood; correspondence to Earl & David Donaldson re same (0.3). | 0.30 | 200.00 | 60.00 |
| 1/3/2006 | DRD | Read Anne's letter; Phone call Earl. (1.25). | 1.25 | 275.00 | 343.75 |
| 1/3/2006 | TMS | Reviewed email from Earl re Wheeler response; discussion with David Donaldson re same; reviewed Wheeler response; discussion with David Donaldson re same; conference call with David Donaldson and Earl Underwood re same (1.1). | 1.10 | 200.00 | 220.00 |
| 1/5/2006 | DRD | Emails re various matters incl Anne's letter, discovery, etc. (0.4). | 0.40 | 275.00 | 110.00 |
| 1/5/2006 | TMS | Reviewed and responded to Underwood re scheduling conference (0.1). | 0.10 | 200.00 | 20.00 |
| 1/11/2006 | TMS | Draft interrogatories (0.7). | 0.70 | 200.00 | 140.00 |
| 1/12/2006 | TMS | Draft discovery requests (5.3). | 5.30 | 200.00 | 1,060.00 |
| 1/13/2006 | TMS | Revised discovery requests; email to Earl Underwood and David Donaldson re same (1). | 1.00 | 200.00 | 200.00 |
| 1/16/2006 | TMS | Reviewed court order (0.1). | 0.10 | 200.00 | 20.00 |
| 1/23/2006 | TMS | Research Cap One decision (0.4). | 0.40 | 200.00 | 80.00 |
| 1/24/2006 | DRD | Phone call Anne Wheeler; email to Eal and Tammy re her call. (0.3). | 0.30 | 275.00 | 82.50 |
| 1/31/2006 | TMS | Reviewed and revised interrogatories per Earl's changes; reviewed court order re schedule; discussion with TAW re schedule (0.6). | 0.60 | 200.00 | 120.00 |
| 2/1/2006 | DRD | Reviewed new 11th Circuit FCRA case. (0.3). | 0.30 | 275.00 | 82.50 |
| 2/8/2006 | DRD | Met with Tammy re discovery issues. (0.2). | 0.20 | 275.00 | 55.00 |
| 2/9/2006 | TMS | Discussion via email with counsel re Rule 26 meeting (0.2). | 0.20 | 200.00 | 40.00 |
| 2/10/2006 | TMS | Preparation for rule 26 meeting; rule 26 meeting; call from Earl Underwood re same (2.6). | 2.60 | 200.00 | 520.00 |
| 2/14/2006 | TMS | Discussion with David Donaldson re meeting with Wheeler; correspondence with Carlisle and Underwood re rule 26 report; reviewed and revised draft planning report; emails to Earl Underwood re same (1.1). | 1.10 | 200.00 | 220.00 |

Donaldson & Guin, LLC                                                                                              Page: 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/22/2006 | TMS | Reviewed court's scheduling order; discussion with TAW re same (0.3). | 0.30 | 200.00 | 60.00 |
| 3/2/2006 | TMS | Reviewed and revised draft interrogatories; email to Earl Underwood re same (0.3). | 0.30 | 200.00 | 60.00 |
| 3/7/2006 | DRD | Read Apodaca v Equifax and wrote email to co-counsel disucssing. (0.55). | 0.55 | 275.00 | 151.25 |
| 3/7/2006 | TMS | Reviewed email from DRD re research. (0.1). | 0.10 | 200.00 | 20.00 |
| 3/8/2006 | TMS | Correspondence with Earl Underwood re initial disclosures; reviewed Earl's email to Wheeler re same; reviewed draft requests for production; email to Earl re same (0.4). | 0.40 | 200.00 | 80.00 |
| 3/9/2006 | TMS | Reviewed correspondence from Earl re discovery (0.1). | 0.10 | 200.00 | 20.00 |
| 3/23/2006 | TMS | Call from Underwood re discovery; email to Earl re same; draft initial disclosures; draft cover letter to Wheeler re same (1.6). | 1.60 | 200.00 | 320.00 |
| 3/28/2006 | TMS | Correspondence with Earl Underwood re discovery; reviewed Earl's email to Wheeler re defendant's initial disclosures (0.1). | 0.10 | 200.00 | 20.00 |
| 4/4/2006 | TMS | Reviewed defendant's initial disclosures (0.1). | 0.10 | 200.00 | 20.00 |
| 4/7/2006 | TMS | Reviewed David Donaldson and Earl Underwood's correspondence re class cert; draft response to same (0.1). | 0.10 | 200.00 | 20.00 |
| 4/12/2006 | TMS | Discussion with David Donaldson re discovery/class cert (0.1). | 0.10 | 200.00 | 20.00 |
| 4/24/2006 | TMS | Reviewed Underwood's draft letter to Wheeler re discovery deficiencies; reviewed defendant's discovery responses; correspondence with Earl re same; reviewed Wheeler email and Underwood response to same (2.5). | 2.50 | 200.00 | 500.00 |
| 4/25/2006 | TMS | Reviewed correspondence from Underwood re discovery; draft motion for class cert and brief; draft subpoenas to BB&B and Wal-Mart; correspondence with Earl Underwood re same (3.2). | 3.20 | 200.00 | 640.00 |
| 4/27/2006 | TMS | Call from BB&B counsel re subpoena (0.2). | 0.20 | 200.00 | 40.00 |
| 5/1/2006 | TMS | Research on Pitman's BB&B transaction (0.2). | 0.20 | 200.00 | 40.00 |
| 5/2/2006 | TMS | Reviewed correspondence from Earl re amending complaint and re meeting with Wheeler; draft response to same; call from Earl re same; email from Patterson re Pitman BB&B transaction; reviewed and revised draft amended complaint (1.6). | 1.60 | 200.00 | 320.00 |
| 5/3/2006 | TMS | Research for amended complaint (0.7). | 0.70 | 200.00 | 140.00 |
| 5/8/2006 | TMS | Reviewed correspondence and voice mail from Underwood; call to Earl re amended complaint; reviewed and revised amended complaint; draft motion for leave to amend | 0.90 | 200.00 | 180.00 |

Donaldson & Guin, LLC                                                                                               Page: 5

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | same; draft motion for extension of time to file class cert (0.9). | | | |
| 5/9/2006 | TMS | Draft motion for extension of time to file class cert; filed same (1.4). | 1.40 | 200.00 | 280.00 |
| 5/12/2006 | TMS | Reviewed court's order re motion to quash; reviewed BB&B's response to subpoena; reviewed court order re motion for leave to amend; call/email Earl re same; call with/Earl to Wheeler re same; call from Wal-Mart re subpoena; reviewed Wal-Mart letter re same; forward same to Earl Underwood (0.6). | 0.60 | 200.00 | 120.00 |
| 5/15/2006 | TMS | Reviewed defendant's discovery responses; call from Earl re Wheeler's supplemental discovery letter and Earl's response to same (1). | 1.00 | 200.00 | 200.00 |
| 5/17/2006 | TMS | Email to Wheeler re motion for extension on class cert (0.1). | 0.10 | 200.00 | 20.00 |
| 5/18/2006 | DRD | Phone call Anne; reviewed corresp to get up to speed on prior settlement discussions; met Anne, Joe Carlisle, and Tammy; Met with Tammy to discuss proposed settlement; Phone call with Earl to discuss meeting; long email Earl and Jim Calton to discuss proposed settlement; email from Anne; response. (3.5). | 3.50 | 275.00 | 962.50 |
| 5/18/2006 | TMS | Correspondence with Wheeler and Earl re call to clerk re motion for extension; reviewed file materials in prep for settlement meeting; settlement meeting with Wheeler and Carlisle and David Donaldson; call to Judge Watkins' clerk Glory; call with Earl re same; research re class notice; draft depo notice (4.8). | 4.80 | 200.00 | 960.00 |
| 5/19/2006 | TMS | Draft memo to file re research (0.1); draft memo to file re research project; research on class notice (0.7). | 0.80 | 200.00 | 160.00 |
| 5/22/2006 | Firm | Law Clerk (ZB) - Research for TMS re type of notice to class. (5.5). | 5.50 | 95.00 | 522.50 |
| 5/23/2006 | Firm | Law Clerk (ZB) - Research for TMS re type of notice to class. (7). | 7.00 | 95.00 | 665.00 |
| 5/25/2006 | Firm | Law Clerk (ZB) - Research and memo for TMS re type of notice to class. (3). | 3.00 | 95.00 | 285.00 |
| 5/30/2006 | DRD | Phone call Ann re order. (0.2). | 0.20 | 275.00 | 55.00 |
| 5/30/2006 | TMS | Reviewed Underwood's correspondence with Wheeler re outstanding discovery (0.2); call from Earl re plaintiffs' depos; reviewed law clerk memo re notice; reviewed court order on motion to compel; call from Earl re same (1.4). | 1.60 | 200.00 | 320.00 |
| 5/31/2006 | DRD | Met with Tammy and Zac to discuss research; Met with Ann, Joe Carlisle, Zac and Tammy; phone call Earl and Tammy. (7.5). | 7.50 | 275.00 | 2,062.50 |
| 5/31/2006 | Firm | Law Clerk (ZB) - Research re the type of notice sent to | 7.25 | 95.00 | 688.75 |

Donaldson & Guin, LLC                                                                                                   Page: 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | class members; discussed notice requirement with TMS and DRD; additional research re notice requirement; attended conference with TMS, DRD and Anne Wheeler. (7.25). | | | |
| 5/31/2006 | TMS | Discussion with David Donaldson re case settlement; research on class notice; meeting with David Donaldson and law clerk re same; meeting with Wheeler, Carlisle, David Donaldson and clerk re settlement; discussion with David Donaldson re same; conference call with Earl re same (6.2). | 6.20 | 200.00 | 1,240.00 |
| 6/1/2006 | DRD | Reviewed file; phone calls Earl and Tammy. (1.75). | 1.75 | 275.00 | 481.25 |
| 6/1/2006 | TMS | Discussion with David Donaldson re settlement, amended complaint and court order; call to Earl re same (1.7). | 1.70 | 200.00 | 340.00 |
| 6/2/2006 | DRD | Phone calls Earl and Ann; met with Tammy to discuss merits of amendments to complaint; studied statute (1.5). | 1.50 | 275.00 | 412.50 |
| 6/2/2006 | TMS | Call from Earl Underwood re defendant's interrogatory responses; discussion with David Donaldson re same; reviewed defendant's manual; research 1681m(b); call from Wheeler re discovery and extension; call from Underwood re same; discussion with David Donaldson re his discussion with Wheeler and re research (4.4). | 4.40 | 200.00 | 880.00 |
| 6/5/2006 | DRD | Met with Tammy and David to discuss Ann's proposal. (0.75). | 0.75 | 275.00 | 206.25 |
| 6/5/2006 | TMS | Reviewed defendant's document production; discussion with David Donaldson & David Guin re settlement; call from Underwood re Wheeler email; reviewed Wheeler email to David Donaldson; draft response to David Donaldson and Underwood re same; discussion with David Donaldson re same (6); call from Wheeler re extension (0.1). | 6.10 | 200.00 | 1,220.00 |
| 6/6/2006 | DRD | Emails among co-counsel re Ann's demands. Email to Anne responding. (0.4); phone call Anne; Meeting with Earl and Tammy to discuss Anne's propsosal and to go over each outstanding discovery item so that we can try to resolve the discovery dispute. (2.25). | 2.65 | 275.00 | 728.75 |
| 6/6/2006 | TMS | Research re 1681m claim; reviewed defendant's documents; draft memo to file re same; meeting with David Donaldson and Underwood re outstanding discovery and 1681m; draft email to Wheeler re discovery; draft letter to Wheeler re same (6.4). | 6.40 | 200.00 | 1,280.00 |
| 6/7/2006 | DRD | Met with Tammy re her research; reviewed and revised two letters to Anne W (one regarding discovery and one regarding the merits of our 1681m(b) claim that were drafed by Tammy. Emails to co-counsel. (1.75). | 1.75 | 275.00 | 481.25 |
| 6/7/2006 | TMS | Draft/revised letter to Wheeler re outstanding discovery; reviewed correspondence from Underwood re same; | 3.00 | 200.00 | 600.00 |

Donaldson & Guin, LLC                                                                                                    Page: 7

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | research; draft letter to Wheeler re settlement; reviewed and revised David Donaldson revisions to same (3). | | | |
| 6/8/2006 | TMS | Research re injunctive relief; email to Wheeler re same; discussion with re defense counsel and effect on settlement talks (0.5). | 0.50 | 200.00 | 100.00 |
| 6/9/2006 | TMS | Reviewed Wheeler's correspondence re defendant's motion to vacate; email from Underwood re same; call to Underwood re same; discussion with David Guin re strategy (1.3). | 1.30 | 200.00 | 260.00 |
| 6/12/2006 | DRD | Conf call Earl and Tammy re disc dispute and hearing. (0.3). | 0.30 | 275.00 | 82.50 |
| 6/12/2006 | TMS | Correspondence from defense counsel re status conference; discussion with David Donaldson re Wheeler (0.2). | 0.20 | 200.00 | 40.00 |
| 6/13/2006 | TMS | Call from Underwood re any further correspondence from Wheeler (0.1). | 0.10 | 200.00 | 20.00 |
| 6/15/2006 | TMS | Discussion with Underwood re court order; reviewed draft response re same (0.2). | 0.20 | 200.00 | 40.00 |
| 6/19/2006 | DRD | Reviewed draft motion to extend deadlines. (0.3). | 0.30 | 275.00 | 82.50 |
| 6/19/2006 | TMS | Draft motion for extension of deadline for filing class cert; filed same; reviewed email from Wheeler re discovery; reviewed correspondence from Underwood to Wheeler (1.3). | 1.30 | 200.00 | 260.00 |
| 6/20/2006 | DRD | Phone call Anne; met with Tammy to discuss status. (0.7). | 0.70 | 275.00 | 192.50 |
| 6/20/2006 | TMS | Reviewed draft discovery; reviewed and revised draft discovery requests (second); correspondence with Underwood re same; reviewed correspondence from Wheeler (1.5). | 1.50 | 200.00 | 300.00 |
| 6/21/2006 | DRD | Phone call Anne to discuss the notice issue; Phone call Earl re my conversation with Anne (0.4). | 0.40 | 275.00 | 110.00 |
| 6/21/2006 | TMS | Reviewed correspondence from wheeler re doc prod and confidentiality agreement; replied to same; reviewed correspondence from David Donaldson re call to Wheeler re Rule 23's notice requirements (0.2). | 0.20 | 200.00 | 40.00 |
| 6/22/2006 | DRD | Reviewed Court's order and emails co-counsel. (0.3). | 0.30 | 275.00 | 82.50 |
| 6/22/2006 | TMS | Call from Wheeler re 6/7 letter; email to Wheeler re same; email from Wheeler re protective order; discussion with David Donaldson re same; reviewed draft protective order (0.7). | 0.70 | 200.00 | 140.00 |
| 6/23/2006 | TMS | Reviewed correspondence from Underwood re revised manual; respond to same; continued review of draft protective order (0.2). | 0.20 | 200.00 | 40.00 |

**Donaldson & Guin, LLC**                                                                                                 Page: 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/26/2006 | DRD | Review docs re discovery dispute; Conf call Anne, Tammy, Earl; Phone call from Judge's office; reviewed email from Anne re agreement; reviewed Tammy's draft response. (1.75). | 1.75 | 275.00 | 481.25 |
| 6/26/2006 | TMS | Continued re draft protective order; reviewed defendant's production of revised manual; conference call with Anne Wheeler, David Donaldson and Underwood; call to court; correspondence with Wheeler re discovery dispute, agreement terms and joint motion re status conference (3.6). | 3.60 | 200.00 | 720.00 |
| 6/27/2006 | DRD | Reviewed Anne's response to request to extend class cert deadline; reviewed emails; met with Tammy re same; phone call Anne; Phone call Earl. Reviewed Tammy's response and discussed with her. (1.75). | 1.75 | 275.00 | 481.25 |
| 6/27/2006 | TMS | Reviewed defendant's response to motion for extension fo time; draft response to same; email to/from co-counsel re same; discussion with David Donaldson re draft response; revised draft per same; filed same with court (2.6). | 2.60 | 200.00 | 520.00 |
| 6/30/2006 | DRD | Phone call Anne; email to co-counsel re phone call; Phone call Earl; (0.5). | 0.50 | 275.00 | 137.50 |
| 7/5/2006 | TMS | Reviewed David Donaldson email re call from Wheeler re settlement; discussion with David Donaldson re same (0.2). | 0.20 | 200.00 | 40.00 |
| 7/6/2006 | TMS | Reviewed co-counsel correspondence re call to Wheeler (0.1). | 0.10 | 200.00 | 20.00 |
| 7/7/2006 | DRD | Phone call Anne; email to co-counsel. (0.5). | 0.50 | 275.00 | 137.50 |
| 7/10/2006 | DRD | Phone calls co-counsel. (0.5). | 0.50 | 275.00 | 137.50 |
| 7/10/2006 | TMS | Reviewed co-counsel correspondence to Wheeler and from Wheeler re 1681m claim and re conference call re discussion with Wheeler; conference call with David Donaldson, Earl Underwood and Jimmy Calton (0.9). | 0.90 | 200.00 | 180.00 |
| 7/14/2006 | TMS | Draft depo notice (0.6). | 0.60 | 200.00 | 120.00 |
| 7/17/2006 | DRD | Reviewed corresp re various matters. (0.4). | 0.40 | 275.00 | 110.00 |
| 7/17/2006 | TMS | Reviewed Wheeler email re discovery responses and co-counsel's correspondence re same; reviewed defendant's supplemental discovery responses; discussion with David Donaldson re same; reviewed supplemental doc prod; discussion with Underwood re same (4.5). | 4.50 | 200.00 | 900.00 |
| 7/18/2006 | DRD | Meeting with Tammy to discuss Anne's email and the results of Tammy's review of the manual. (0.5). | 0.50 | 275.00 | 137.50 |
| 7/18/2006 | TMS | Reviewed defendant's revised manual; discussion with David Donaldson re settlement and discovery (3.3). | 3.30 | 200.00 | 660.00 |
| 7/19/2006 | DRD | Meeting with Tammy and conf call Earl. (1.5). | 1.50 | 275.00 | 412.50 |

**Donaldson & Guin, LLC**                                                                                                              Page: 9

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/19/2006 | TMS | Reviewed email from wheeler to Underwood; Underwood's email to David Donaldson; co-counsel correspondence re conference call; reviewed defendant's agreements with subscribers; reviewed file re defendant's deadline for discovery responses; conference call with David Donaldson and Underwood; continued review of manual (3.4). | 3.40 | 200.00 | 680.00 |
| 7/20/2006 | TMS | Reviewed correspondence from Wheeler; email and call to David Donaldson re same; discussion with David Guin re settlement options; reviewed manual; discussion with David Donaldson re strategy/settlement (3.5). | 3.50 | 200.00 | 700.00 |
| 7/21/2006 | DRD | Phone call Earl and meeting met with David and Tammy to discuss possible settlement options (2). | 2.00 | 275.00 | 550.00 |
| 7/21/2006 | DJG | Meeting with DRD and TMS to discuss class certification issues; settlement issues; structure (1.4). | 1.40 | 275.00 | 385.00 |
| 7/21/2006 | TMS | Meeting with David Donaldson & David Guin re settlement/strategy; reviewed correspondence from David Donaldson follow-up re prior conversation (2.2). | 2.20 | 200.00 | 440.00 |
| 7/24/2006 | DRD | Meeting with Anne; met with Tammy; conf call Earl. (2.5). | 2.50 | 275.00 | 687.50 |
| 7/24/2006 | TMS | Reviewed materials from Underwood re defendant's business practices; reviewed memo to file re allegations; draft new memo to file re evidence; discussion with David Donaldson re same; conference call with Earl Underwood and David Donaldson re same; discussion with David Donaldson re meeting with Wheeler (3.1). | 3.10 | 200.00 | 620.00 |
| 7/25/2006 | TMS | Draft evidence memo to file; reviewed Wheeler email re depo schedule; email to co-counsel re same; discussion with David Donaldson re same; reviewed David Donaldson correspondence re settlement (7.5). | 7.50 | 200.00 | 1,500.00 |
| 7/26/2006 | TMS | Reviewed Calton email re settlement; reviewed David Donaldson response to same; discussion with David Donaldson re sme; reviewed Underwood email re settlement (0.3). | 0.30 | 200.00 | 60.00 |
| 7/27/2006 | DRD | Phone call Anne W. (0.3). | 0.30 | 275.00 | 82.50 |
| 7/27/2006 | TMS | Discussion with David Donaldson re call with Wheeler and re fee; discussion with co-counsel re same; continued draft of memo to file; call from Joe Carlisle re depos; emails to David Donaldson and co-counsel re same (0.2). | 0.20 | 200.00 | 40.00 |
| 7/28/2006 | TMS | Discussion with David Donaldson re terms of settlement; reviewed David Donaldson email to co-counsel re same; discussion with Underwood re depo schedule (0.3). | 0.30 | 200.00 | 60.00 |
| 7/31/2006 | DRD | Emails from co-counsel re offer of judgment; met with Tammy to discuss how and when we should respond to Offer of Judgment and to discovery requests. (0.4). | 0.40 | 275.00 | 110.00 |
| 7/31/2006 | TMS | Call to Carlisle re plaintiffs' depos; email to co-counsel re | 0.30 | 200.00 | 60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Donaldson & Guin, LLC | | | | | Page: 10 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | same (0.2); reviewed Calton email re offer of judgment (0.1). | | | |
| 8/1/2006 | DRD | Email to Jimmy Calton. (0.2); reviewed Motion to Dismiss filed by Certegy. (0.3). | 0.50 | 275.00 | 137.50 |
| 8/2/2006 | DRD | Reviewed draft response to offer of judgment; discussed with Tammy. (0.2). | 0.20 | 275.00 | 55.00 |
| 8/2/2006 | TMS | Discussion with David Donaldson re motion to dismiss and effect on offer of judgment; draft notice of acceptance of offer of judgment; reviewed Rule 68 per same; email draft with cover to co-counsel (0.6). | 0.60 | 200.00 | 120.00 |
| 8/4/2006 | DRD | Phone call Anne. (0.2). | 0.20 | 275.00 | 55.00 |
| 8/8/2006 | TMS | Draft motion for fees (2). | 2.00 | 200.00 | 400.00 |
| 8/9/2006 | DRD | Reviewed Ct's Order Re motion to dismiss; email to co-counsel re same. (0.2). | 0.20 | 275.00 | 55.00 |
| 8/9/2006 | TMS | Reviewed correspondence from Underwood re motion for fees (0.1). | 0.10 | 200.00 | 20.00 |
| 8/10/2006 | TMS | Reviewed correspondence from Underwood re Patterson's time; revised motion for fees per same; email to Underwood re same (0.4). | 0.40 | 200.00 | 80.00 |
| 8/14/2006 | TMS | Made final revisions to motion for fees (0.4). | 0.40 | 200.00 | 80.00 |
| | | | | Sub-total Fees: | 52,121.25 |

**Rate Summary**

| | | |
|---|---|---|
| David Donaldson | 71.40 hours at $275.00/hr | 19,635.00 |
| Firm | 22.75 hours at $ 95.00/hr | 2,161.25 |
| David J. Guin | 1.40 hours at $275.00/hr | 385.00 |
| Tammy Stokes | 149.70 hours at $200.00/hr | 29,940.00 |
| Total hours: | 245.25 | |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 10/31/2005 | Photocopies for October, 2005. | 1.06 |
| 3/31/2006 | Postage for the month of March, 2006. | 0.87 |
| 3/31/2006 | Postage for the month of March, 2006. | 6.50 |
| 4/30/2006 | Postage for the month of April, 2006. | 10.45 |
| 4/30/2006 | Photocopies for the month of April, 2006. | 12.50 |
| 5/31/2006 | Postage for the month of May, 2006. | 1.17 |
| 5/31/2006 | Photocopies for the month of May, 2006. | 3.00 |
| 6/30/2006 | Postage for the month of June, 2006. | 1.56 |
| 6/30/2006 | Photocopies for the month of June, 2006. | 67.75 |

**Donaldson & Guin, LLC** Page: 11

| | | |
|---|---|---:|
| 7/25/2006 | Check to Johnston Barton for copies of defendant's documents produced on 7/14/06. | 8.85 |
| 7/31/2006 | Postage for the month of July, 2006. | 0.63 |
| 7/31/2006 | Postage for the month of July, 2006. | 14.75 |
| | Sub-total Expenses: | 129.09 |
| | Total Current Billing: | 52,250.34 |
| | Previous Balance Due: | 0.00 |
| | **Total Now Due:** | 52,250.34 |