# Statement

Earl P. Underwood, Jr., Attorney at Law
PO Box 969
21 South Section St.
Fairhope, Alabama 36533

| Date |
|---|
| 8/10/2006 |

| To: |
|---|
| Alexander, Willie |

| Amount Due | Amount Enc. |
|---|---|
| $558.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/09/2006 | INV #187. Due 01/09/2006. Orig. Amount $250.00. | 250.00 | 250.00 |
| 08/10/2006 | INV #295. Due 08/10/2006. Orig. Amount $308.94. | 308.94 | 558.94 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 308.94 | 0.00 | 0.00 | 0.00 | 250.00 | $558.94 |

## Earl P. Underwood, Jr. Time

### Alexander, Willie v. Certegy

Client ID: 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

Matter ID:04-361

**Wed Jan 1, 2003 to Mon. Aug 14, 2006**

| Date | Description | Time (hrs) |
|---|---|---|
| ThuAug 10, 2006 | E-mail from James Patterson. | 1.60 |
| ThuAug 10, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuAug 10, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuAug 10, 2006 | E-mail correspondence with Jimmy S. Calton | 0.20 |
| WedAug 9, 2006 | E-mail from David Donaldson. | 0.20 |
| WedAug 9, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonAug 7, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonAug 7, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriAug 4, 2006 | E-mail from David Donaldson. | 0.20 |
| FriAug 4, 2006 | E-mail from Calton & Calton. | 0.20 |
| WedAug 2, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedAug 2, 2006 | E-mail from David Donaldson. | 0.20 |
| TueAug 1, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueAug 1, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueAug 1, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJul 31, 2006 | E-mail from Calton & Calton. | 0.20 |
| FriJul 28, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJul 28, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJul 28, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJul 28, 2006 | E-mail from David Donaldson. | 0.20 |
| ThuJul 27, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuJul 27, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuJul 27, 2006 | E-mail from Jim Calton. | 0.20 |
| WedJul 26, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJul 26, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJul 26, 2006 | E-mail from Calton & Calton. | 0.20 |
| TueJul 25, 2006 | E-mail correspondence with Jim Calton | 0.50 |
| MonJul 24, 2006 | Telephone call from David Donaldson -- spoke -- re Settlement | 0.50 |
| MonJul 24, 2006 | E-mail from David Donaldson. | 0.20 |
| SatJul 22, 2006 | E-mail correspondence with David Donaldson | 0.20 |
| FriJul 21, 2006 | Telephone call to David Donaldson -- left message -- | 0.20 |
| ThuJul 20, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuJul 20, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJul 19, 2006 | Conference call with co-counsel re settlement | 2.30 |
| WedJul 19, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedJul 19, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJul 19, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJul 19, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJul 19, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJul 19, 2006 | E-mail from Calton & Calton. | 0.20 |
| TueJul 18, 2006 | E-mail correspondence with ANNE P WHEELER and letter. | 0.30 |
| MonJul 17, 2006 | E-mail correspondence with ANNE P WHEELER and letter. | 7.80 |
| MonJul 17, 2006 | reviewing Certegy's responses and dictation of letter | 0.80 |
| MonJul 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 17, 2006 | E-mail from David Donaldson. | 0.20 |

| Date | Description | Hours |
|---|---|---|
| MonJul 17, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJul 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 17, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJul 17, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriJul 14, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriJul 14, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJul 14, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJul 14, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJul 13, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuJul 13, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| ThuJul 13, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJul 13, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJul 13, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJul 13, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJul 12, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJul 12, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJul 10, 2006 | E-mail correspondence with David Donaldson | 0.20 |
| MonJul 10, 2006 | E-mail correspondence with ANNE P WHEELER | 0.20 |
| MonJul 10, 2006 | E-mail correspondence with Anne P. Wheeler | 0.40 |
| MonJul 10, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJul 10, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJul 10, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJul 10, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJul 10, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJul 10, 2006 | E-mail from Calton & Calton. | 0.20 |
| FriJul 7, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJul 7, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriJul 7, 2006 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| FriJul 7, 2006 | E-mail from David Donaldson. | 0.20 |
| FriJul 7, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJun 30, 2006 | E-mail from Milton Brown, Jr.. | 0.20 |
| FriJun 30, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJun 28, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 28, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 27, 2006 | reviewing email and responce to defendant's opposition to extention ( | 0.30 |
| TueJun 27, 2006 | Telephone call from David Donaldson -- spoke -- re: motion to extend | 0.30 |
| TueJun 27, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 27, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 27, 2006 | E-mail from David Donaldson. | 0.20 |
| TueJun 27, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| TueJun 27, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 27, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 27, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 27, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 27, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 27, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJun 26, 2006 | Attended conference call re discovery dispute 1.5 | 0.20 |
| MonJun 26, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 26, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 26, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 26, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 26, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 26, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJun 26, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJun 26, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonJun 26, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonJun 26, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonJun 26, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJun 26, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriJun 23, 2006 | E-mail from Tressy Wilson. | 0.20 |
| FriJun 23, 2006 | E-mail from dropload. | 0.20 |

| | | |
|---|---|---|
| ThuJun 22, 2006 | E-mail correspondence with Mrs. Tammy McClendon Stokes | 0.20 |
| ThuJun 22, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJun 22, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 21, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| WedJun 21, 2006 | E-mail from James Patterson. | 0.20 |
| WedJun 21, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJun 21, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 20, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| TueJun 20, 2006 | E-mail correspondence with Mrs. Tammy McClendon Stokes | 0.40 |
| TueJun 20, 2006 | Drafting discovery re 1681m(b) | 3.30 |
| TueJun 20, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| TueJun 20, 2006 | E-mail from David Donaldson. | 0.20 |
| TueJun 20, 2006 | E-mail from rose. | 0.20 |
| TueJun 20, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 20, 2006 | E-mail correspondence with Anne P. Wheeler | 0.20 |
| TueJun 20, 2006 | E-mail correspondence with 'Anne P. Wheeler'. | 0.20 |
| TueJun 20, 2006 | E-mail correspondence with 'Anne P. Wheeler'; 'David Donaldson'; 'T | 0.20 |
| TueJun 20, 2006 | E-mail correspondence with 'Anne P. Wheeler'; 'Tammy Stokes'; 'Da\ | 0.20 |
| TueJun 20, 2006 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| TueJun 20, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 20, 2006 | E-mail from rose. | 0.20 |
| TueJun 20, 2006 | E-mail from rose. | 0.20 |
| TueJun 20, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 20, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 20, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 20, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 20, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJun 19, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 19, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonJun 19, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJun 19, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJun 19, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJun 19, 2006 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| MonJun 19, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJun 19, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 19, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonJun 19, 2006 | E-mail correspondence with 'Anne P. Wheeler'; 'davidd@dglawfirm.c | 0.20 |
| MonJun 19, 2006 | E-mail correspondence with 'Anne P. Wheeler'; 'davidd@dglawfirm.c | 0.20 |
| FriJun 16, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriJun 16, 2006 | E-mail correspondence with 'epusr@bellsouth.net'; 'Max Cassady'; 'K | 0.20 |
| ThuJun 15, 2006 | Reviewing file, courts orders, and drafting notice of compliance and r | 4.50 |
| ThuJun 15, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJun 15, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJun 15, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJun 15, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJun 15, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuJun 15, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuJun 15, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJun 15, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 14, 2006 | E-mail correspondence with ANNE P WHEELER | 0.20 |
| WedJun 14, 2006 | Proff reading and filing amended complaint | 1.20 |
| WedJun 14, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| WedJun 14, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 14, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedJun 14, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 14, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 14, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 13, 2006 | E-mail correspondence with co-counsel | 0.30 |
| TueJun 13, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 13, 2006 | reviewing file & discovery | 0.90 |
| TueJun 13, 2006 | E-mail from Anne P. Wheeler. | 0.20 |

| | | |
|---|---|---|
| TueJun 13, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 13, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 12, 2006 | E-mail from denise. | 0.20 |
| MonJun 12, 2006 | E-mail from denise. | 0.20 |
| MonJun 12, 2006 | E-mail from Denise Langford. | 0.20 |
| MonJun 12, 2006 | E-mail from denise. | 0.20 |
| MonJun 12, 2006 | E-mail correspondence with Mrs. Tammy McClendon Stokes | 2.00 |
| MonJun 12, 2006 | E-mail from David Donaldson. | 0.20 |
| MonJun 12, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriJun 9, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriJun 9, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriJun 9, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJun 8, 2006 | E-mail from Tressy Wilson. | 0.20 |
| ThuJun 8, 2006 | E-mail from Tressy Wilson. | 0.20 |
| ThuJun 8, 2006 | Reviewing motion to vacate discovery order and research re FRCP 2 | 3.50 |
| ThuJun 8, 2006 | E-mail from Calton & Calton. | 0.20 |
| ThuJun 8, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedJun 7, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedJun 7, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJun 7, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedJun 7, 2006 | E-mail from David Donaldson. | 0.20 |
| WedJun 7, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueJun 6, 2006 | E-mail from rose. | 0.20 |
| TueJun 6, 2006 | ROund trip to Birmingham re meeting with co-counsel re discovery di | 3.50 |
| TueJun 6, 2006 | Meeting with co-counsel re discovery dispute | 1.50 |
| TueJun 6, 2006 | E-mail from denise. | 0.20 |
| MonJun 5, 2006 | E-mail from denise. | 0.20 |
| MonJun 5, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonJun 5, 2006 | E-mail from Calton & Calton. | 0.20 |
| FriJun 2, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| WedMay 31, 2006 | E-mail correspondence with Anne P. Wheeler | 0.20 |
| WedMay 31, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| WedMay 31, 2006 | E-mail from Calton & Calton. | 0.20 |
| WedMay 31, 2006 | E-mail correspondence with 'Anne P. Wheeler'. | 0.20 |
| WedMay 31, 2006 | E-mail correspondence with 'Anne P. Wheeler'. | 0.20 |
| TueMay 30, 2006 | reviewing deposition notice of certegy and posting | 0.20 |
| TueMay 30, 2006 | Telephone with Tammy re depositions of clients | 0.20 |
| TueMay 30, 2006 | E-mail from rose. | 0.20 |
| TueMay 30, 2006 | E-mail from rose re messaage from Wheeler. | 0.20 |
| TueMay 30, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueMay 30, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 30, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueMay 30, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriMay 26, 2006 | searching emails er discovery motion | 0.80 |
| FriMay 26, 2006 | Telephone call to David Donaldson -- spoke -- David D re status of ca | 0.30 |
| FriMay 26, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriMay 26, 2006 | reviewing draft motion to compel | 2.20 |
| ThuMay 25, 2006 | E-mail from denise. | 0.20 |
| ThuMay 25, 2006 | E-mail from denise. | 0.20 |
| ThuMay 25, 2006 | E-mail from denise. | 0.20 |
| ThuMay 25, 2006 | E-mail from denise. | 0.20 |
| WedMay 24, 2006 | E-mail from David Donaldson. | 0.20 |
| WedMay 24, 2006 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| WedMay 24, 2006 | E-mail correspondence with 'Anne P. Wheeler'. | 0.20 |
| TueMay 23, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| TueMay 23, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonMay 22, 2006 | E-mail from rose. | 0.20 |
| SatMay 20, 2006 | E-mail correspondence with Anne P. Wheeler | 0.20 |
| SatMay 20, 2006 | E-mail correspondence with David Donaldson | 0.40 |
| SatMay 20, 2006 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| SatMay 20, 2006 | E-mail from Earl P. Underwood, Jr.. | 0.20 |

| | | |
|---|---|---|
| FriMay 19, 2006 | E-mail from David Donaldson. | 0.20 |
| FriMay 19, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriMay 19, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriMay 19, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuMay 18, 2006 | Telephone call to ANNE P WHEELER -- left message -- | 0.20 |
| ThuMay 18, 2006 | Telephone call to Tammy McClendon Stokes -- spoke -- | 0.20 |
| ThuMay 18, 2006 | E-mail from David Donaldson. | 0.20 |
| ThuMay 18, 2006 | E-mail from David Donaldson. | 0.20 |
| ThuMay 18, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuMay 18, 2006 | E-mail from David Donaldson. | 0.20 |
| ThuMay 18, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuMay 18, 2006 | E-mail from David Donaldson. | 0.20 |
| ThuMay 18, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuMay 18, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| WedMay 17, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedMay 17, 2006 | Reviewing the letter from Ann Wheeler | 0.30 |
| MonMay 15, 2006 | E-mail correspondence with Anne P. Wheeler | 0.20 |
| MonMay 15, 2006 | E-mail correspondence with Anne P. Wheeler | 0.20 |
| MonMay 15, 2006 | E-mail correspondence with Tammy Stokes | 0.40 |
| MonMay 15, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonMay 15, 2006 | E-mail correspondence with Tammy Stokes | 0.20 |
| MonMay 15, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonMay 15, 2006 | Telephone call to Mrs. Tammy McClendon Stokes -- spoke -- re stipu | 0.20 |
| MonMay 15, 2006 | E-mail from Tressy Wilson. | 0.20 |
| MonMay 15, 2006 | E-mail correspondence with Jim Calton n WHeeler and other co-cour | 0.20 |
| MonMay 15, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonMay 15, 2006 | E-mail correspondence with 'Anne P. Wheeler'; Tammy McClendon S | 0.20 |
| FriMay 12, 2006 | Drafting Motion to compel | 3.20 |
| FriMay 12, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriMay 12, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriMay 12, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriMay 12, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriMay 12, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriMay 12, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriMay 12, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuMay 11, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedMay 10, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedMay 10, 2006 | Telephone with Wheeler re discovery and extention of class cert dea | 0.30 |
| TueMay 9, 2006 | reviewing subpoena to Bed Bath and Beyond | 0.20 |
| TueMay 9, 2006 | Reviewing a subpoena to Walmart | 0.20 |
| TueMay 9, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 9, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueMay 9, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonMay 8, 2006 | E-mail correspondence with Mrs. Tammy McClendon Stokes | 0.20 |
| MonMay 8, 2006 | E-mail correspondence with ANNE P WHEELER | 1.00 |
| MonMay 8, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonMay 8, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonMay 8, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonMay 8, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonMay 8, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedMay 3, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedMay 3, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedMay 3, 2006 | E-mail from Jim Calton. | 0.20 |
| TueMay 2, 2006 | Telephone with co-counsel re 1681m violation | 0.20 |
| TueMay 2, 2006 | E-mail correspondence with Mrs. Tammy McClendon Stokes | 0.20 |
| TueMay 2, 2006 | research and drafting amended complaint | 2.80 |
| TueMay 2, 2006 | E-mail from James Patterson. | 0.20 |
| TueMay 2, 2006 | E-mail from Jim Calton. | 0.20 |
| TueMay 2, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueMay 2, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueMay 2, 2006 | E-mail from Tammy Stokes. | 0.20 |

| | | |
|---|---|---|
| TueMay 2, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueMay 2, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonMay 1, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonMay 1, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriApr 28, 2006 | meeting with Wheeler re discovery issues. | 1.50 |
| FriApr 28, 2006 | E-mail from denise. | 0.20 |
| FriApr 28, 2006 | E-mail from denise. | 0.20 |
| ThuApr 27, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuApr 27, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueApr 25, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueApr 25, 2006 | E-mail from Jim Calton. | 0.20 |
| TueApr 25, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueApr 25, 2006 | E-mail from Jim Calton. | 0.20 |
| MonApr 24, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| MonApr 24, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonApr 24, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonApr 24, 2006 | E-mail correspondence with 'Anne P. Wheeler'. | 0.20 |
| FriApr 21, 2006 | Drafting letter to Wheeler re deficiences in Discovery Responses. | 8.40 |
| FriApr 21, 2006 | Telephone with co-counsel re discovery | 0.20 |
| FriApr 21, 2006 | E-mail from denise. | 0.20 |
| FriApr 21, 2006 | E-mail from denise. | 0.20 |
| ThuApr 20, 2006 | reviewing discovery responses and drafting letter to Wheeler re defici | 0.50 |
| ThuApr 20, 2006 | E-mail from denise. | 0.20 |
| MonApr 17, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuApr 13, 2006 | E-mail from denise. | 0.20 |
| FriApr 7, 2006 | E-mail from Anne P. Wheeler. E-mail from Tammy Stokes. | 0.30 |
| FriApr 7, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriApr 7, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| FriApr 7, 2006 | E-mail from David Donaldson. | 0.20 |
| FriApr 7, 2006 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| FriApr 7, 2006 | E-mail from Tammy Stokes. | 0.20 |
| FriApr 7, 2006 | E-mail correspondence with 'Anne P. Wheeler'; 'Jim Calton'. | 0.20 |
| FriApr 7, 2006 | E-mail correspondence with 'Anne P. Wheeler'; 'Davidd@dglawfirm.c | 0.20 |
| ThuApr 6, 2006 | reviewing initial disclosures | 0.20 |
| ThuApr 6, 2006 | E-mail from Tammy Stokes. | 0.20 |
| MonApr 3, 2006 | E-mail from denise. | 0.20 |
| SatApr 1, 2006 | reviewed file re discovery responces | 0.20 |
| TueMar 28, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| TueMar 28, 2006 | E-mail from Tammy Stokes. | 0.20 |
| TueMar 28, 2006 | E-mail correspondence with 'Anne P. Wheeler'. | 0.20 |
| TueMar 28, 2006 | E-mail correspondence with 'Anne P. Wheeler'; 'Davidd@dglawfirm.c | 0.20 |
| FriMar 24, 2006 | Reviewing ltr from and dictation of response to letter from Wheeler re | 0.30 |
| ThuMar 23, 2006 | reviewing scheduling order | 0.30 |
| ThuMar 23, 2006 | reviewing the file regarding the status of discovery and rule 26 disclo: | 0.50 |
| ThuMar 23, 2006 | Telephone with Wheeler re discovery | 0.40 |
| ThuMar 23, 2006 | telephone with Tammy Stokesre discovery | 0.30 |
| ThuMar 23, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| ThuMar 23, 2006 | E-mail from Tammy Stokes. | 0.20 |
| ThuMar 23, 2006 | E-mail from Tammy Stokes. | 0.20 |
| WedMar 22, 2006 | E-mail from caltonlaw. | 0.20 |
| TueMar 21, 2006 | E-mail from caltonlaw. | 0.20 |
| ThuMar 9, 2006 | Draftong and proofing request for production | 1.50 |
| WedMar 8, 2006 | Proofing Interrogatories | 0.80 |
| WedMar 8, 2006 | Drafting Document requests. | 1.60 |
| WedMar 8, 2006 | E-mail correspondence with ANNE P WHEELER | 0.60 |
| WedMar 8, 2006 | E-mail correspondence with ANNE P WHEELER | 0.40 |
| WedMar 8, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| TueMar 7, 2006 | E-mail from davidd@dglawfirm.com. | 0.20 |
| TueMar 7, 2006 | E-mail from davidd@dglawfirm.com. | 0.20 |
| ThuMar 2, 2006 | drafting discovery | 2.80 |
| ThuMar 2, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |

| | | |
|---|---|---|
| WedFeb 22, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueFeb 14, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueFeb 14, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueFeb 14, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueFeb 14, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueFeb 14, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| MonFeb 13, 2006 | Scheduling meeting | 1.50 |
| MonFeb 13, 2006 | E-mail from Conference Call RSVP Manager. | 0.20 |
| FriFeb 10, 2006 | E-mail from Jim Calton. | 0.20 |
| ThuFeb 9, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| ThuFeb 9, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| ThuFeb 9, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| ThuFeb 9, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| ThuFeb 9, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| ThuFeb 9, 2006 | E-mail from Anne P. Wheeler. | 0.20 |
| ThuFeb 9, 2006 | E-mail from Jim Calton. | 0.20 |
| ThuFeb 9, 2006 | E-mail correspondence with 'Tammy McClendon Stokes'; 'Anne P. W | 0.20 |
| WedFeb 8, 2006 | E-mail correspondence with ANNE P WHEELER | 0.20 |
| TueFeb 7, 2006 | E-mail from David Donaldson. | 0.20 |
| TueFeb 7, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueFeb 7, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJan 31, 2006 | Drafting discovery | 1.20 |
| TueJan 31, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJan 31, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJan 31, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJan 31, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| ThuJan 26, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJan 25, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJan 24, 2006 | E-mail from David Donaldson. | 0.20 |
| TueJan 24, 2006 | E-mail from Jim Calton. | 0.20 |
| FriJan 13, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriJan 13, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJan 10, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJan 10, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJan 5, 2006 | Dictation of Motion for Scheduling Order | 0.30 |
| ThuJan 5, 2006 | Email correspondence with cocounsel re stay in case. | 0.20 |
| ThuJan 5, 2006 | Telephone conference with Judges law clerk re stay in case | 0.20 |
| ThuJan 5, 2006 | E-mail correspondence with David Donaldson | 0.20 |
| ThuJan 5, 2006 | reviewrd file and orders staying case. | 0.30 |
| ThuJan 5, 2006 | E-mail from Tammy McClendon Stokes. | 0.20 |
| ThuJan 5, 2006 | E-mail from David Donaldson. | 0.20 |
| ThuJan 5, 2006 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJan 3, 2006 | reviewing fax dated 12/28/05 from Ann Wheeler responding to our let | 0.50 |
| TueJan 3, 2006 | Telephone conference with co-counsel. | 0.30 |
| TueJan 3, 2006 | E-mail correspondence with David Donaldson | 0.20 |
| TueJan 3, 2006 | E-mail from caltonlaw. | 0.20 |
| TueJan 3, 2006 | E-mail correspondence with ANNE P WHEELER | 0.20 |
| ThuDec 15, 2005 | E-mail from caltonlaw. | 0.20 |
| ThuDec 15, 2005 | E-mail from caltonlaw. | 0.20 |
| ThuDec 15, 2005 | E-mail from caltonlaw. | 0.20 |
| ThuDec 15, 2005 | E-mail from Jim Calton. | 0.20 |
| MonDec 12, 2005 | E-mail correspondence with ANNE P WHEELER | 0.20 |
| MonDec 12, 2005 | E-mail correspondence with David Donaldson | 0.20 |
| MonDec 12, 2005 | E-mail from David Donaldson. | 0.20 |
| MonDec 12, 2005 | telephone - exchange of voice mail | 0.20 |
| MonDec 12, 2005 | E-mail correspondence with ANNE P WHEELER | 0.20 |
| MonDec 12, 2005 | E-mail from Anne P. Wheeler. and email to co-counsel | 0.30 |
| FriDec 2, 2005 | E-mail from David Donaldson. | 0.20 |
| MonNov 7, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| MonNov 7, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| MonNov 7, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |

| Date | Description | Hours |
|---|---|---|
| MonNov 7, 2005 | E-mail from caltonlaw. | 0.20 |
| FriNov 4, 2005 | E-mail from David Donaldson. | 0.20 |
| TueNov 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueNov 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueNov 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueNov 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueNov 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueNov 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonOct 31, 2005 | E-mail from David Donaldson. | 0.20 |
| MonOct 31, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| MonOct 31, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| TueOct 25, 2005 | E-mail from caltonlaw. | 0.20 |
| TueOct 25, 2005 | E-mail from caltonlaw. | 0.20 |
| MonOct 24, 2005 | reviewed calendar | 0.20 |
| MonOct 24, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| MonOct 24, 2005 | E-mail from caltonlaw. | 0.20 |
| MonOct 24, 2005 | E-mail from caltonlaw. | 0.20 |
| MonOct 24, 2005 | E-mail from David Donaldson. | 0.20 |
| FriOct 21, 2005 | Reviewing file and proposed settlement demand | 3.50 |
| FriOct 21, 2005 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| FriOct 21, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| FriOct 21, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| FriOct 21, 2005 | E-mail from caltonlaw. | 0.20 |
| FriOct 21, 2005 | E-mail from David Donaldson. | 0.20 |
| FriOct 21, 2005 | E-mail from David Donaldson. | 0.20 |
| FriOct 21, 2005 | E-mail from David Donaldson. | 0.20 |
| FriOct 21, 2005 | E-mail from David Donaldson. | 0.20 |
| FriOct 21, 2005 | E-mail from David Donaldson. | 0.20 |
| FriOct 21, 2005 | E-mail from David Donaldson. | 0.20 |
| FriOct 21, 2005 | E-mail from denise. | 0.20 |
| FriOct 21, 2005 | E-mail from denise. | 0.20 |
| FriOct 21, 2005 | E-mail from denise. | 0.20 |
| WedOct 19, 2005 | Telephone conference with co-counsel and Certegy's lawyer, Ann Wl | 0.50 |
| WedOct 19, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| TueOct 18, 2005 | E-mail from David Donaldson. | 0.20 |
| MonOct 17, 2005 | E-mail from David Donaldson. | 0.20 |
| WedOct 5, 2005 | Round trip to Birmingham re meeting with defendants and defence cc | 9.00 |
| TueOct 4, 2005 | Meeting with defence dounsel and defendant re facts of case. | 3.50 |
| MonOct 3, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| MonOct 3, 2005 | E-mail from David Donaldson. | 0.20 |
| TueSep 27, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| TueSep 27, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| TueSep 27, 2005 | E-mail from caltonlaw. | 0.20 |
| TueSep 27, 2005 | E-mail from David Donaldson. | 0.20 |
| TueSep 27, 2005 | E-mail correspondence with 'Anne P. Wheeler'; 'davidd@dglawfirm.cı | 0.20 |
| MonSep 26, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| MonSep 26, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| MonSep 26, 2005 | E-mail correspondence with 'Anne P. Wheeler'; 'davidd@dglawfirm.cı | 0.20 |
| FriSep 23, 2005 | E-mail correspondence with ANNE P WHEELER | 0.20 |
| MonSep 12, 2005 | E-mail correspondence with Anne P. Wheeler | 0.20 |
| MonSep 12, 2005 | E-mail from denise. | 0.20 |
| MonSep 12, 2005 | E-mail correspondence with Anne P. Wheeler. | 0.20 |
| WedSep 7, 2005 | E-mail correspondence with ANNE P WHEELER re discovery | 0.20 |
| WedSep 7, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| WedSep 7, 2005 | E-mail correspondence with 'Anne P. Wheeler'. | 0.20 |
| WedSep 7, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| ThuAug 18, 2005 | E-mail correspondence with WHEELER, ANNE P | 0.20 |
| WedAug 17, 2005 | E-mail correspondence with Anne P. Wheeler | 0.20 |
| WedAug 17, 2005 | reviewed file re discovery | 0.20 |
| WedAug 3, 2005 | E-mail correspondence with WHEELER, ANNE P | 0.20 |
| WedAug 3, 2005 | E-mail from Anne P. Wheeler. | 0.20 |

| | | |
|---|---|---|
| TueAug 2, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueAug 2, 2005 | E-mail correspondence with Donaldson, David | 0.20 |
| TueAug 2, 2005 | E-mail correspondence with WHEELER, ANNE P | 0.20 |
| TueAug 2, 2005 | E-mail correspondence with Donaldson, David | 0.30 |
| TueAug 2, 2005 | E-mail from caltonlaw. | 0.20 |
| TueAug 2, 2005 | E-mail from David Donaldson. | 0.20 |
| TueAug 2, 2005 | E-mail from David Donaldson. | 0.20 |
| TueAug 2, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueAug 2, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueAug 2, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonAug 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonAug 1, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| FriJul 29, 2005 | E-mail from David Donaldson. | 0.20 |
| FriJul 29, 2005 | E-mail from David Donaldson. | 0.20 |
| FriJul 29, 2005 | E-mail from David Donaldson. | 0.20 |
| FriJul 29, 2005 | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| FriJul 29, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| MonJul 25, 2005 | E-mail from David Donaldson. | 0.20 |
| FriJul 22, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| ThuJul 21, 2005 | Conference call re discovery and scheduling | 1.50 |
| WedJul 20, 2005 | Def deadline to file Motion to Dismiss - This was extended | 0.20 |
| WedJul 20, 2005 | E-mail from Calton & Calton. | 0.20 |
| WedJul 20, 2005 | E-mail from David Donaldson. | 0.20 |
| WedJul 20, 2005 | E-mail from David Donaldson. | 0.20 |
| WedJul 20, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| WedJul 20, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| WedJul 20, 2005 | E-mail from denise. | 0.20 |
| WedJul 20, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJul 19, 2005 | E-mail from Calton&Calton. | 0.20 |
| TueJul 19, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJul 19, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJul 19, 2005 | E-mail correspondence with WHEELER, ANNE P | 0.20 |
| TueJul 19, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| TueJul 19, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| TueJul 19, 2005 | E-mail from David Donaldson. | 0.20 |
| TueJul 19, 2005 | E-mail from David Donaldson. | 0.20 |
| TueJul 19, 2005 | E-mail from Jim Calton. | 0.20 |
| MonJul 18, 2005 | E-mail correspondence with Donaldson, David | 0.20 |
| MonJul 18, 2005 | Telephone with Ann Wheeler re stay of case. | 0.30 |
| MonJul 18, 2005 | E-mail correspondence with WHEELER, ANNE P | 0.20 |
| MonJul 18, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| MonJul 18, 2005 | Telephone with Wheeler re consumer disclosure copies | 0.20 |
| MonJul 18, 2005 | research: other cases against Certegy | 1.50 |
| MonJul 18, 2005 | E-mail from Anne P. Wheeler. | 0.20 |
| MonJul 18, 2005 | E-mail from David Donaldson. | 0.20 |
| MonJul 18, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| TueJul 12, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| MonJul 11, 2005 | E-mail correspondence with | 0.20 |
| MonJul 11, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| ThuJul 7, 2005 | E-mail correspondence with Jimmy S. Calton | 0.20 |
| ThuJul 7, 2005 | E-mail from Calton & Calton. | 0.20 |
| ThuJul 7, 2005 | E-mail from Calton & Calton. | 0.20 |
| ThuJul 7, 2005 | E-mail from Tammy McClendon Stokes. | 0.20 |
| FriJun 24, 2005 | E-mail from David Donaldson. | 0.20 |
| WedJun 22, 2005 | reviewed answer and E-mail from efile_notice@almd.uscourts.gov. | 0.30 |
| WedJun 22, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 22, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueJun 14, 2005 | E-mail from David Donaldson. | 0.20 |
| MonJun 13, 2005 | E-mail from denise. | 0.20 |
| ThuJun 9, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedJun 8, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |

| Date | Description | Hours |
|---|---|---|
| ThuJun 2, 2005 | E-mail correspondence with efile_notice@almd.uscourts.gov and res | 0.70 |
| WedJun 1, 2005 | E-mail from Calton & Calton. | 0.20 |
| WedMay 25, 2005 | Telephone with inhouse counsel. | 0.20 |
| WedMay 25, 2005 | revireing file and emailing documents to inhouse counsel. | 0.50 |
| WedMay 25, 2005 | E-mail from Lynn.Cravey@certegy.com. | 0.20 |
| WedMay 25, 2005 | E-mail from Lynn.Cravey@certegy.com. | 0.20 |
| TueMay 24, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| WedMay 18, 2005 | E-mail from caltonlaw. | 0.20 |
| WedMay 18, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 17, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 17, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 17, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 17, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 17, 2005 | E-mail from efile_notice@almd.uscourts.gov. | 0.20 |
| TueMay 10, 2005 | E-mail correspondence with Jimmy S. Calton | 0.20 |
| TueMay 10, 2005 | finalizing complaint | 1.30 |
| TueMay 10, 2005 | Internet research re other cases against Certegy | 2.60 |
| TueMay 10, 2005 | E-mail from caltonlaw. | 0.20 |
| TueMay 10, 2005 | E-mail from Jim Calton. | 0.20 |
| MonMay 9, 2005 | research & drafting complaint | 6.50 |
| FriMay 6, 2005 | E-mail from Jim Calton. | 0.20 |
| ThuApr 28, 2005 | E-mail from James Patterson. | 0.20 |
| WedApr 6, 2005 | proofreading and drafting complaint | 2.50 |
| TueMar 8, 2005 | E-mail from James. | 0.20 |
| FriMar 4, 2005 | E-mail from J. Faulkner. | 0.20 |
| FriFeb 25, 2005 | E-mail from James. | 0.20 |
| ThuDec 9, 2004 | E-mail correspondence with Jimmy S. Calton | 0.20 |
| | **Total Time :** | **206.30 Hrs.** |

*Earl P. Underwood, Jr., Attorney at Law*

**James Patterson's Time Entry Report**

**for Selected File:**

**Alexander, Willie v. Certegy**

Client ID: 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

Matter ID:04-361

**Wed Jan 1, 2003 to Thu. Aug 10, 2006**

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| FriJul 28, 2006 | | discussion with EPU re case/possible settlement | 0.30 |
| FriJul 28, 2006 | | Phone call with client re case settlement discussion | 0.30 |
| FriJul 28, 2006 | | E-mail from Tammy Stokes. | 0.20 |
| ThuJul 27, 2006 | | phone call with client - message left re depo. | 0.20 |
| ThuJul 27, 2006 | | E-mail correspondence with rose. | 0.20 |
| ThuJul 27, 2006 | | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| WedJul 26, 2006 | | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| TueJul 25, 2006 | | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| WedJul 19, 2006 | | E-mail from Earl P. Underwood, Jr.. | 0.20 |
| TueJun 27, 2006 | | Review of motion opposing 60 day extension | 0.30 |
| TueJun 27, 2006 | | review of P response to discovery motions | 0.30 |
| FriJun 2, 2006 | | discussion with EPU re case Discussion with BT re docs | 0.50 |
| ThuJun 1, 2006 | | Review of Local Rules and Discovery issues | 0.50 |
| ThuJun 1, 2006 | | Phone call with client re case | 0.20 |
| FriMay 26, 2006 | | WOrking on Motion to compel | 4.00 |
| ThuMay 25, 2006 | | Review of Discovery rules regarding depo notices | 0.40 |
| ThuMay 25, 2006 | | E-mail correspondence with 'Earl P. Underwood, Jr.'. | 0.20 |
| ThuMay 25, 2006 | | Work on Motion to Compel discovery | 3.00 |
| WedMay 24, 2006 | | Phone call with client re depos | 0.30 |
| MonMay 22, 2006 | | phone call with Calton office, message left. | 0.20 |
| MonMay 22, 2006 | | review of class action NACA book re preping for depo/dis | 0.30 |
| MonMay 22, 2006 | | Review of file | 0.20 |
| FriMay 19, 2006 | | Discussion with Rose re depo notices and dates | 0.20 |
| ThuMay 18, 2006 | | discussion with EPU re case | 0.20 |
| ThuSep 1, 2005 | | E-mail from Barry Thompson. | 0.20 |
| ThuSep 1, 2005 | | E-mail correspondence with 'Barry Thompson'. | 0.20 |
| ThuAug 4, 2005 | | Phone call with BT regarding possible new theory on this | 0.30 |
| WedJul 27, 2005 | | Phone call with BT re case | 0.50 |
| MonJul 18, 2005 | | E-mail from Barry Thompson. | 0.20 |
| ThuJul 7, 2005 | | Reivew of fax from Calton | 0.20 |
| WedJun 1, 2005 | | E-mail from Calton & Calton. | 0.20 |

| Date | Description | Hours |
|---|---|---|
| ThuApr 28, 2005 | Review of file  Review of documents from Belinda Pitmar | 0.40 |
| WedApr 6, 2005 | Review of Complaint  Draft of Class Action Complaint | 1.00 |
| TueMar 8, 2005 | E-mail correspondence with Earl. | 0.20 |
| MonFeb 28, 2005 | E-mail correspondence with 'Barry Thompson'. | 0.20 |
| MonFeb 28, 2005 | E-mail from Barry Thompson. | 0.20 |
| FriFeb 25, 2005 | Working on draft of complaint | 0.70 |
| WedFeb 23, 2005 | Work and finalizing of complaint  Research - Web - on C | 2.30 |
| WedFeb 23, 2005 | E-mail correspondence with 'caltonlaw'. | 0.20 |
| WedFeb 23, 2005 | E-mail from caltonlaw. | 0.20 |
| WedFeb 23, 2005 | E-mail correspondence with 'caltonlaw'. | 0.20 |
| WedFeb 23, 2005 | E-mail from caltonlaw. | 0.20 |
| WedFeb 23, 2005 | E-mail correspondence with 'caltonlaw'. | 0.20 |
| TueFeb 22, 2005 | Work on Complaint | 1.20 |
| TueFeb 22, 2005 | E-mail correspondence with 'caltonlaw'. | 0.20 |
| TueFeb 22, 2005 | E-mail from caltonlaw. | 0.20 |
| TueFeb 22, 2005 | Working on Complaint | 0.80 |
| MonFeb 21, 2005 | E-mail correspondence with 'caltonlaw'. | 0.20 |
| MonFeb 21, 2005 | Discussion with EPU re case | 0.20 |
| FriFeb 4, 2005 | E-mail from caltonlaw. | 0.20 |
| FriFeb 4, 2005 | E-mail correspondence with Janet. | 0.20 |
| FriFeb 4, 2005 | E-mail correspondence with 'caltonlaw'. | 0.20 |
| ThuFeb 3, 2005 | E-mail from caltonlaw. | 0.20 |
| FriDec 10, 2004 | E-mail correspondence with 'caltonlaw'. | 0.20 |
| | **Total Time :** | **24.40 Hrs.** |