| Date | Time | Description |
|---|---|---|
| 09/24/04 | 1.16 hr. | client interview and discussion. Review clients records and dispute with Wal-Mart and Certegy. |
| 09/27/04 | 2.34 hr. | research the contact co-counsel e.underwood/j.patterson. novel theory-needs fcra protection. |
| 11/15/04 | .32 min. | contact client regarding terms of employment |
| 11/18/04 | .30 min. | follow up attempt to contact Certegy for client. Communicate with co-counsel regarding results. |
| 11/19/04 | .17 min. | review canned responses. communicate with co-counsel |
| 12/02/04 | .48 min | review client communication to Certgey/Wal-Mart. Review FCRA relevent prov. |
| 12/10/04 | 1 hr. | review co-counsel email. contact client need to request FCRA info. again. |
| 01/04/05 | .45 min. | status meeting with client. Communication with co-counsel regardin status. Unsuccesful 3rd request. |
| 02/03/05 | .15 min. | email follow up w/co-counsel. Client contact. |
| 02/04/05 | .10 min. | email response/review status to co-counsel |
| 02/23/05 | 1.16 hrs. | review preliminary theories and claims to be filed. Research class action viability. |
| 03/01/05 | .25 min. | co-counsel j-patterson indicate new client with same problem. discussion and email. |
| 05/10/05 | 1.35 hr | review class complaint. suggestions after research. |
| 05/13/05 | .26 | preparing class complaint for filing. Sent to D. Hackett-clerk M.D. |
| 05/16/05 | .05 | review communication from D. Hackett-jury demand notice |
| 05/18/05 | .15 | review court notice-file status. |
| 05/25/05 | 1 hr. | review file per request from Certegu corp. counsel. all notices, letters previously sent. only copies in my files |
| 05/31/05 | 1.20 hr. | review/research give opinion as to amended class action for my client w. alexander |
| 06/01/05 | 1.35 hr. | recreating time line per e. underwood request. speaking with my client alexander to verify. |
| 10/23/05 | 2.23 hr | review d. donaldson draft communicate plaintiffs interpretation of violation. research additi-damnd letter to defense a. wheeler |
| 10/25/05 | .30 min | review file. Reconcile time-attempt to get clarification w/ e. underood on evolution of my theory-no luc.. review final letter to wheeler |
| 10/31/05 | .45 min | joint motion for extension of time. discussion with e. underwood.   I was never made aware or given opportunity to attend meeting. |
| 10/31/05 | 1.10 hr. | meeting with client giving status. What to expect. Answer clients questions regarding statu explain to client why I didn't attend meeting |
| 11/01/05 | .25 min | review court's order to stay proceeding 90 days/review file to refresh procedural history |
| 12/15/05 | 1.24 hr. | additional research into possbile supporting theories ie. Telecheck. forward info to e. underwood to help Certegy case and future case. |
| 12/15/05 | .21 min | communicating with e. underwood/reviewing a. wheeler response-tardy. position response dictated. |
| 01/13/06 | .48 min. | review of and add suggestion to P. interrogatories./research applicalbe FCRA and NACA litiriture for additional point. |
| 02/10/06 | .36 min. | review and make suggestions to P. req. production. review applicable FCRA materials |
| 03/08/06 | .15 min | attempting to arrange depo. for certegy rep.-so far unsuccsfull |
| 03/09/06 | .10 min. | final set served req. production |
| 04/19/06 | 1.23 hr. | review certegy initial disclosures/defend's response to first set interrogatories |
| 04/14/06 | 2 hr. | review den. certegy response to req. procution. detailed analysis and follow up reaseach. |
| 04/24/06 | .25 | discussed recording keeping issue-recent universal fidelity/performed additional research for e. underwood. |
| 04/29/06 | 2.23 hr. | contacting referral attorneys/close relationshp attempting to identify certegy knowledge, practice, manuals, procedure-we are being stonewalled |
| 05/08/06 | .25 min | amended class action complaint. |
| 05/08/06 | .37 min | speaking with client regard amend class and it effect |
| 05/11/06 | .29 min | review motion to quash sub. notes made on response. |
| 05/15/06 | 1.16 hr. | reviewing wheeler communication to underwood detailing and attempting to clarify certegy responses |

| Date | Time | Description |
|------|------|-------------|
| 05/15/06 | .45 min | meeting with client and preparing for depo. tentivley set for 5-25. However d. donaldson and a. wheeler always seem to change at last min. |
| 05/22/06 | 2 hr. | meeting with client, going over standard expectation of class rep. deposition and the process of a deposition and w |
| 06/07/06 | 1 hr. | review and discussion on 2 separate letters from co-counsel to a. wheeler. status discussion where each party stands and what expected |
| 06/14/06 | 1.35 hrs | amended class action complaint. Review, imput, updating client as to his serious responsiblities. mr. alexander eager to help others. |
| 06/26/06 | .30 min | joint notice resolution/pre discussion |
| 06/26/06 | 2 hr. | review request disclosed by certegy-additional research into process of generating a decline letter and HEAT call record |
| 06/27/06 | .05 min | schedualing conference cancelled. |
| 06/27/06 | 1 hr. | confusion over motion to extend time to reply. notes consulted. spoke with co-counsel. reviewed previous correspondence. |
| 07/10/06 | .35 min | phone conference with d. donaldson and e. underood. |
| 07/25/06 | .25 min | phone conversation with d. donaldson. I am shocked by what I hear. Mr. Alexander and myself don't seem to be appreciated. |
| 07/28/06 | .45 min | meet with client. I expalin the tone of last correspondence with co-counsel. I never would have expected this. Realistic status of case. |
| 07/31/06 | 1.30hr. | with client to discuss offer of judgment-he decides to take. I inform co-counsel to accept. I try to contact client regard new depo. times. |
| 08/01/06 | .45 min. | once again depo failed. Review motion to dismiss. Formal offer of judgement accepted. |

Total hrs.    47.14

| Date | Time | Description |
|---|---|---|
| 09/27/04 | .15 | letter to Certegy |
| 10/12/04 | .29 | cleint disscussion/certegy/response mailed? |
| 10/22/04 | 1.06 hr. | review with client Cert. response. Further discussion about credit history. |
| 06/08/05 | 2.42 hrs. | review/research/notes on defendant answer by j. calton sr. |
| 06/09/05 | .05 min | court notice |
| 06/22/05 | 1 hr. | review of deadlines-research appropriate responses to sched. cut offs/times |
| 07/07/05 | .38 min. | d. donaldson to join as co-counsel-rec. of e. underwood. review additional research notes today. |
| 07/19/05 | .33 min | agreed motion to extend deadline.review communications between d. counsel and co-counsel |
| 07/19/05 | 1 hr. | review nunlley case-e.underwood fcra case-research similar cases |
| 07/20/05 | .59 min | review judge mcpherson order. review of notes regarding settlement |
| 08/01/05 | 1.12 hrs. | re: joint motion to stay. review of certegy conser report file on client alexander. |
| 08/02/05 | .15 min | note in file e. underwood positive prospects. can help client. |
| 08/03/05 | 1.46 hrs. | discuss with w. alexander-clinet certegy report and status of case |
| 09/12/05 | 2 hrs. | reading fact act v. fcra. research similar theory (telecheck w. virginia-attorney general) |
| 01/03/06 | 2hrs | review a. wheeler 12/28 opus. Note signifigant inaccuracies. communicate to e. underwood |
| 01/03/06 | 1.22 hr | review case citation in a. wheele's settlement communication. research extension on her citations-wrong. discuss with client alexander |
| 01/03/06 | .45 min | dicating email response to defendants opus. glaring inaccuracies. also, glaring admissions and failure under FCRA |
| 01/04/06 | .35 min | review material sent from e. unerwood on his case showing why problems with wheelers response |
| 01/05/06 | .37 min | review and deciding no settlement-case should be rescheduled per judges order. all in agreement. A. wheeler doesn't grasp this yet. |
| 01/13/06 | .16 min | attempting to get clarification on case assignment judge watkins or judge thompson |
| 01/24/06 | .42 min | review of rule 26f order-re-read FRCP on Rule 26f to refresh. |
| 01/25/06 | .38 min | review correspon. summary from d. donaldson and a. wheeler/review corp. disclosure/made relevant notes as to my assessment. |
| 02/13/06 | 1.45 hr. | telephone planning meeting of the parties. review of notice and obligations each party agreed upon./reviewed consistent parts of file. |
| 02/22/06 | 1.11 hr. | review of uniform scheduling order- notify client alexander of the time frames and what will be expected of him from this point. |
| 05/18/06 | .20min | review of d. donaldson letter regarding settlement and his prior experiences. |
| 05/26/06 | 2 hr. | review of motion for order compell defendant certegy/review of factuall basis in file/discussion with co-counsel regarding effect if granted. |
| 05/30/06 | .45 min | review of J. McPherson Order on Motion and effects on the case. Seems to me heading toward a quick resolution no. |
| 06/01/06 | .45 min | trying to coordinate, time and set depo of corporate rep of defendants. I have a feeling it will be cancelled again. But we are trying. |
| 06/01/06 | .30 min | corresponding with NACA and FCRA listserve about fair rates. Rate scheduled obtained as recognized by the US AG Office in Washington. |
| 06/07/06 | .35 min | review of d. donaldson letter to a. wheller seeting out the merit-again-of our case and reviewing the file in relation to this effort. |
| 06/08/06 | 1.08hrs | review and notes, research on Certegy please to reconsider motion to compell. Hopefull this will put a fire under them to move. |
| 06/15/06 | .50 min | Plaintiff notice of compliance. discussion with co-counsel, status of case, review of procedual history. |
| 06/20/06 | .47 min | Plaintiff second set interrogatoreis and first request for admissions. |
| 06/21/06 | .10 min | status conference set. e. underwood says can celled per motion from defendant a. wheeler |
| 06/30/06 | .28 min | possible settlement discussion from a. wheeler for reasons she can't go into but apparently urgent. Why now?? |

| Date | Time | Description |
|---|---|---|
| 07/07/06 | .37 min | review of d. donaldsons phone summary with a. wheeler. I disagreed to e.underood on her propositions. |
| 07/13/06 | 1hr. | review Order marking file for compliance with Order |
| 07/14/06 | 1hr | review of discovery documents produced by Defendants. Research new case law to see if any changes in recent FCRA interepretations. |
| 07/19/06 | .25 min | review contentious emails between a. wheeler and d. donaldson regarding individual v. class settlement |
| 07/19/06 | .48 min | review Cetegy's supplemental response. |
| 07/24/06 | 1 hr. | certegys response to request for admissions and response to 2nd interrog. verify accuracy with prior disclosures |

Total hrs.   38.34