IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-449-WKW |
| | ) |
| CERTEGY CHECK SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of plaintiffs' Motion for Award of Plaintiffs' Counsel's Fees and Expenses (Doc. #56) filed on August 15, 2006, it is hereby

ORDERED that the defendant file a response to this motion, on or before September 8, 2006, as to why this motion should not be granted.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

Done this the 23rd day of August, 2006.

                                               /s/  W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE