# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **WILLIE C. ALEXANDER** and **BELINDA N. PITMAN,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    Case No.: 2:05-cv-0449-WKW<br>) |
| **CERTEGY CHECK SERVICES, INC.,** | )<br>)<br>) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now Defendant Certegy Check Services, Inc. ("Certegy"), and moves the Court to extend by two weeks the time in which Certegy has to respond to the Plaintiffs' Motion for Award of Plaintiff's Counsel Fees and Expenses from September 8, 2006, to September 22, 2006. As grounds for the motion, Certegy would show the Court that:

1. On July 26, 2006, Certegy made an offer of judgment to the Plaintiffs under Rule 68 of the Federal Rules of Civil Procedure.

2. On August 2, 2006, the Plaintiffs accepted Certegy's offer of judgment.

3. The only issue that remains to be resolved in this action is the Plaintiffs' counsel fees and expenses.

4    On August 15, 2006, the Plaintiffs filed a Motion for Award of Plaintiffs' Counsel Fees and Expenses.

5. On August 23, 2006, the Court entered an Order requiring Certegy to respond to the Plaintiffs' Motion for Award of Plaintiff's Counsel Fees and Expenses on or before September 8, 2006.

6. The parties have been diligently engaged in negotiations to resolve the issue of the Plaintiffs' counsel fees and expenses since the Plaintiffs accepted Certegy's offer of Judgment on August 2, 2006,

7. The requested extension will allow the parties to continue to engage in serious and substantive negotiations regarding the award of counsel fees and expenses to the Plaintiffs without causing the Court or the parties to unnecessarily expend time and resources formally addressing this issue.

8. Counsel for the parties have conferred and the Plaintiffs do not oppose the requested extension.

9. None of the parties in this action will be prejudiced by the requested extension.

WHEREFORE, Defendant Certegy, moves this court to enter an order extending by two weeks the time in which Certegy has to respond to the Plaintiff's Motion for Award of Plaintiffs' Counsel Fees and Expenses from September 8, 2006, to September 22, 2006.

Respectfully submitted this 6th day of September, 2006.

/s/ Joseph W. Carlisle
Anne P. Wheeler
Alabama State Bar No.: ASB-7112-R65A
awheeler@jbpp.com
Joseph W. Carlisle
Alabama State Bar No.: ASB-1197-E68C
jcarlisle@jbpp.com

                                                Attorneys for Defendant
                                                Certegy Check Services, Inc.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-458-9400
Facsimile: 205-458-9500

      **OF COUNSEL**

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the above and foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

                    David R. Donaldson
                    Tammy M. Stokes
                    Donaldson & Guin, LLC
                    2 North 20th Street, Suite 1100
                    Birmingham, AL 35203

                    Earl P. Underwood, Jr.
                    21 South Section Street
                    P.O. Box 969
                    Fairhope, Alabama 36533

                    Jim S. Calton, Jr.
                    Calton & Calton
                    226 East Broad Street
                    Eufaula, Alabama 36027

On this, the 6th day of September, 2006.

                                        /s/ Joseph W. Carlisle
                                        OF COUNSEL