IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Unopposed Motion for Extension of Time filed by Defendant on September 6, 2006 (Doc. # 58), it is hereby

ORDERED that the motion is GRANTED. Defendant's response to Plaintiff's Motion for Attorney Fees is extended from **September 8, 2006,** to **September 22, 2006**.

It is further ORDERED that the Motion to Dismiss filed by Defendant (Doc. # 53) is DENIED as moot inasmuch as the parties have resolved the claims in this case. (*See* Doc. # 55, Pls.' Notice Re Offer of Judgment.)

DONE this 7th day of September, 2006.

　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE