# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **WILLIE C. ALEXANDER** and **BELINDA N. PITMAN,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **CERTEGY CHECK SERVICES, INC.,** | ) ) ) ) |
| **Defendant.** | ) ) |

Case No.: 2:05-cv-0449-WKW

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now Defendant Certegy Check Services, Inc. ("Certegy"), and moves the Court to extend by thirty days the time in which Certegy has to respond to the Plaintiffs' Motion for Award of Plaintiffs' Counsel Fees and Expenses from September 22, 2006, to October 23, 2006. As grounds for the motion, Certegy would show the Court that:

1. On September 6, 2006, Certegy filed an Unopposed Motion for an Extension of Time, requesting an additional 14 days to respond to the Plaintiffs' Motion for Award of Plaintiffs' Counsel Fees and Expenses, and informing the Court of the parties efforts to resolve the issue of the award of counsel fees and expenses to the Plaintiffs. (Document 58)

2. On September 7, 2006, the Court entered an Order granting Certegy's Unopposed Motion for an Extension of Time. (Document 59)

3. The parties have reached an agreement in principle as to the issue of the award of counsel fees and expenses to the Plaintiffs, and need the additional time requested in this motion to memorialize this agreement and complete the settlement of this action.

4. Counsel for the parties have conferred and the Plaintiffs do not oppose the requested extension.

5. None of the parties in this action will be prejudiced by the requested extension.

WHEREFORE, Defendant Certegy, moves this court to enter an order extending by thirty days the time in which Certegy has to respond to the Plaintiffs' Motion for Award of Plaintiffs' Counsel Fees and Expenses from September 22, 2006, to October 23, 2006.

Respectfully submitted this 21st day of September, 2006.

/s/ Joseph W. Carlisle
Anne P. Wheeler
Alabama State Bar No.: ASB-7112-R65A
awheeler@jbpp.com
Joseph W. Carlisle
Alabama State Bar No.: ASB-1197-E68C
jcarlisle@jbpp.com

Attorneys for Defendant
Certegy Check Services, Inc.

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-458-9400
Facsimile: 205-458-9500

**OF COUNSEL**

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the above and foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

> David R. Donaldson
> Tammy M. Stokes
> Donaldson & Guin, LLC
> 2 North 20th Street, Suite 1100
> Birmingham, AL 35203
>
> Earl P. Underwood, Jr.
> 21 South Section Street
> P.O. Box 969
> Fairhope, Alabama 36533
>
> Jim S. Calton, Jr.
> Calton & Calton
> 226 East Broad Street
> Eufaula, Alabama 36027

On this, the 21st day of September, 2006.

                                            /s/ Joseph W. Carlisle
                                            OF COUNSEL