IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-449-WKW |
| | ) |
| CERTEGY CHECK SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Unopposed Motion for Extension of Time filed by Defendant on September 21, 2006 (Doc. #60), it is hereby

ORDERED that the motion is GRANTED. Defendant's response to Plaintiffs' Motion for Award of Plaintiffs' Counsel Fees and Expenses is extended from September 22, 2006 to October 23, 2006.

DONE this the 25th day of September, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE