IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and BELINDA N. PITMAN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 2:05-cv-0449-WKW |
| CERTEGY CHECK SERVICES, INC., ) ) ) | |
| Defendant. ) | |

### JOINT NOTICE OF RESOLUTION OF MOTION FOR FEES

COME NOW, Plaintiffs Willie C. Alexander and Belinda N. Pitman, and Defendant Certegy Check Services, Inc., ("Certegy"), by and through their counsel of record, and hereby give notice that the parties have reached an agreement resolving the issue of the Plaintiffs' Motion for Award of Plaintiffs' Counsel Fees and Expenses ("Motion for Fees") and that said Motion for Fees is now moot.

Respectfully submitted this 20th day of October, 2006.

David R. Donaldson
Attorney for Plaintiffs
Willie C. Alexander and
Belinda N. Pitman

Joseph W. Carlisle
Attorney for Defendant
Certegy Check Services, Inc.