IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-449-WKW |
| ) | (WO) |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

Upon consideration of the Notice Re Offer of Judgment filed by the plaintiffs on August 15, 2006 (Doc. # 55), and the Joint Notice of Resolution of Motion for Fees filed by the parties on October 23, 2006 (Doc. # 62), it is hereby ORDERED that:

1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of the plaintiffs and against the defendant. Plaintiff Willie C. Alexander shall recover $5,000 inclusive of costs accrued from the defendant and Plaintiff Belinda B. Pitman shall recover $5,000 inclusive of costs accrued from the defendant.

2. This case is DISMISSED with prejudice.

3. Costs are taxed as paid.

4. All pending motions are DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd the day of October, 2006.

                                            /s/   W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE