IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and BELINDA N. PITMAN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   Case No.: 2:05-cv-0449-WKW ) |
| CERTEGY CHECK SERVICES, INC., | ) ) ) ) |
| Defendant. | ) |

### JOINT MOTION TO AMEND FINAL JUDGMENT

COME NOW, Plaintiffs Willie C. Alexander and Belinda N. Pitman, and Defendant Certegy Check Services, Inc., ("Certegy"), by and through their counsel of record, and hereby move this Court to amend the Final Judgment (Doc. # 63) entered on October 23, 2006, by entering an final order dismissing the entire action with prejudice. In support of this motion, the parties would show the Court:

1. The Plaintiffs and Certegy have reached a settlement in this action.

2. Pursuant to the settlement, the Plaintiffs and Certegy wish for a final order to be entered dismissing the entire action with prejudice, with costs taxed as paid.

3. The Plaintiffs have stipulated to a dismissal with prejudice of this action (a copy of plaintiffs Stipulation of Dismissal with Prejudice is attached hereto).

Respectfully submitted this 24th day of October, 2006.

_____
David R. Donaldson
Attorney for Plaintiffs
Willie C. Alexander and
Belinda N. Pitman

_____
Joseph W. Carlisle
Attorney for Defendant
Certegy Check Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

> David R. Donaldson
> Tammy M. Stokes
> Donaldson & Guin, LLC
> 2 North 20th Street, Suite 1100
> Birmingham, AL 35203
>
> Earl P. Underwood, Jr.
> 21 South Section Street
> P.O. Box 969
> Fairhope, Alabama 36533
>
> Jim S. Calton, Jr.
> Calton & Calton
> 226 East Broad Street
> Eufaula, Alabama 36027

On this, the 24th day of October, 2006.

/s/ Joseph W. Carlisle
OF COUNSEL