IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER and BELINDA N. PITMAN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 2:05-cv-0449-WKW |
| CERTEGY CHECK SERVICES, INC., ) ) ) ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Willie C. Alexander and Belinda N. Pitman ("Plaintiffs") hereby file this Stipulation of Dismissal with Prejudice as to the claims asserted against Certegy Check Services, Inc. ("Certegy") and in support thereof state:

Plaintiffs and Certegy have resolved any and all disputes between them and there no longer exists any issue or dispute between Plaintiffs and Certegy to be resolved by the Court in this action. Plaintiffs stipulate that all claims and causes of action that were or that could have been asserted by the Plaintiffs against Certegy, including the issue of attorney's fees, are hereby DISMISSED WITH PREJUDICE.

Respectfully submitted this the 24th day of October, 2006.

David R. Donaldson
Attorney for Plaintiffs