IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-449-WKW |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Joint Motion to Amend Final Judgment filed by the parties on October 24, 2006 (Doc. # 64), it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the Final Judgment entered on October 23, 2006 (Doc. # 63) is VACATED.

DONE this 25th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE