IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. ALEXANDER, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-449-WKW |
| ) | (WO) |
| CERTEGY CHECK SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

Upon consideration of the Joint Motion to Amend Final Judgment and Plaintiff's Stipulation of Dismissal With Prejudice filed on October 24, 2006 (Doc. # 64), it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Costs are taxed as paid.

3. All pending motions are DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of October, 2006.

                      /s/ W. Keith Watkins
                 UNITED STATES DISTRICT JUDGE